**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

In re:    MARK JASON MCLAREN       )    Case No. 25-10802
          Debtor and Debtor-in-Possession      )    Chapter 11 (Voluntary), Subchapter V

## APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS
## AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Mark Jason Mclaren, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submit this Application for Employment of the law firm W M Law and its members to represent the Debtor in his Chapter 11 bankruptcy proceedings. In support of this Application the Debtor represents the following:

1. On July 31, 2025, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remain as Debtor-in-Possession.

2. The Debtor is an individual residing in Wichita, Kansas. Debtor is also the sole owner of Joseph G. Baba, DDS, P.A., a Kansas LLC currently under a Chapter 11 reorganization in front of this court, under case number 25-10771.

3. The Debtor requires the services of legal counsel to represent them during these proceedings and desire to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtors' counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4. Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, Megan M. Tiede and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as their counsel, and who have an office located at: 15095 West 116th Street, Olathe, Kansas 66062.

5. W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6. W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best

interest of the bankruptcy estate.

7. W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8. W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9. W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10. W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin P. Stowell | $350.00 |
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Chelsea Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11. For entry in this Case, the W M Law has received from a retainer in the amount of $20,000, from the Debtor. The source of funds used for the retainer and filing fee were personal checks from the Debtor.

12. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application. WM Law has earned a portion of those funds and used $6,900.75 for pre-filing expenses and $1,738 of those funds to pay the Chapter 11 Filing Fee. The remaining balance of $13,099.25 is in trust, subject to court approval of fees.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to

the approval of the Court upon application by the attorneys for the Debtor.

14. W M Law has not received any compensation in this case other than the amount disclosed herein. Prior to filing, W M Law earned and applied $6,900.75 from the funds received. This amount includes attorney's fees and costs incurred in connection with pre-petition services and includes the $1,738 paid toward the Chapter 11 filing fee. The remaining balance of $13,099.25 is being held in trust and will not be drawn upon without Court approval. Compensation for all services rendered during the Chapter 11 proceeding will be subject to the approval of the Court upon proper application.

15. Attorney, Chelsea Williamson, Partner at W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

WHEREFORE, the Debtor respectfully requests this Court's order approving the employment of Ryan A. Blay, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: August 1, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

### NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **August 22, 2025** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **150**, Kansas City, Kansas 66101, **September 11, 2025 at 10:30 a.m.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Friday, August 01, 2025 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

s/ Ryan A. Blay
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-6<br>Case 25-10802<br>District of Kansas<br>Wichita<br>Fri Aug  1 11:39:06 CDT 2025 | American Express<br>PO Box 981537<br>El Paso TX 79998-1537 | American Honda Finance<br>PO Box 168128<br>Irving TX 75016-8128 |
| Attorney Karl R. Swartz<br>Morris Laing Law Firm<br>300 N Mead, Ste. 200<br>Wichita KS 67202-2745 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | Bankers Healthcare Group, LLC<br>c/o Paracorp Incorporated<br>Registered Agent<br>13910 S. Brougham Drive<br>Olathe KS 66062-2073 |
| Best Buy/CBNA<br>5800 S Corporate Place<br>Sioux Falls SD 57108-5027 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 | Chase<br>PO Box 15298<br>Wilmington DE 19850-5298 |
| Christy Lynzette McLaren<br>2747 N Bracken Ct.<br>Wichita KS 67226-4030 | Citicards CBNA<br>5800 South Corporate Place<br>Sioux Falls SD 57108-5027 | Commerce Bank<br>PO Box 410857<br>Kansas City MO 64141-0857 |
| Diamond Storage<br>10502 E. 26th Cir N<br>Wichita KS 67226-4612 | Emprise Bank<br>257 N. Broadway<br>Wichita KS 67202-2315 | Emprise Bank<br>257 N. Broadway St.<br>Attn:  Officer<br>Wichita KS 67202-2315 |
| Emprise Bank<br>PO Box 2970<br>Wichita KS 67201-2970 | FC Marketplace, LLC<br>707 17th Street, Suite 2200<br>Denver CO 80202-3404 | Forward Financing LLC<br>53 State St., 20th Floor<br>Boston MA 02109-2820 |
| High Caliber Landscape, LLC<br>PO Box 53<br>Wichita KS 67201-0053 | Honda Financial Services<br>PO Box 168128<br>Irving TX 75016-8128 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JPMCB - Card Services<br>PO Box 15369<br>Wilmington DE 19850-5369 | Joseph G. Baba, D.D.S., PA<br>4620 E Douglas Ave<br>Ste. 102<br>Wichita KS 67208-3957 |
| Joseph G. Baba, D.D.S., PA<br>c/o Joseph G. Baba, DDS<br>registered agent<br>1035 N Emporia<br>Wichita KS 67214-2944 | Joseph G. Baba, DDS<br>12206 W Ridgepoint St.<br>Wichita KS 67235-9742 | Kansas Department of Revenue<br>PO Box 12005<br>Topeka KS 66612-2005 |
| Kansas Payment Center<br>Post Office Box 758599<br>Topeka KS 66675-8599 | Kapitus LLC<br>2500 Wilson Blvd, Ste. 350<br>Arlington VA 22201-3873 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |

| | | |
|---|---|---|
| Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 | Mohela/Earnest<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 | Noah McFerran<br>2747 N Bracken Ct.<br>Wichita KS 67226-4030 |
| Robyn Kirkpatrick<br>6302 Beachy Ave<br>Wichita KS 67208-2623 | Sofi Bank<br>PO Box 654081<br>Ste. 300<br>Dallas TX 75265-4081 | TIAA FSB<br>PO Box 1283<br>Charlotte NC 28201-1283 |
| TIAA, FSB<br>10 Waterview Blvd.<br>Parsippany NJ 07054-1286 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 |
| Upstart<br>PO Box 1503<br>San Carlos CA 94070-7503 | Mark Jason McLaren<br>2747 N Bracken Ct.<br>Wichita, KS 67226-4030 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>10234 W. State Rd. 84<br>Fort Lauderdale FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar St.<br>Syracuse NY 13204 | Honda Financial Services<br>PO Box 60001<br>City of Industry CA 91716 |
| (d)Honda Financial Services<br>PO Box168008<br>Irving TX 75016 | MOHELA<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 | Upgrade Inc<br>2 North Central Ave<br>10th Floor<br>Phoenix AZ 85004 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Emprise Bank | (u)Joseph G Baba, DDS PA | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total               43 |

| | | | |
|---|---|---|---|
| In re: | MARK JASON MCLAREN | ) | Case No. 25-10802 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

State of Kansas    )
              ) ss.
County of Johnson   )

I, Chelsea Williamson, under oath and penalty of perjury hereby state the following:

1.    I am an attorney and Partner of the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, and Megan M. Tiede as well as myself and other attorneys (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United Stated Bankruptcy Court for the District of Kansas.

2.    This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, Mark Jason Mclaren (the "Debtor").

3.    In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4.    W M Law is not a creditor, an equity security holder or an insider, and is not and was not a director, officer, or employee of the Debtor (who is an individual person). W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5.    W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6.    The Debtor has requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and

complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $350.00 |
| Attorney, Errin P. Stowell | $350.00 |
| Attorney, Ryan M. Graham | $350.00 |
| Attorney, Chelsea Williamson | $350.00 |
| Attorney, Megan M. Tiede | $350.00 |
| Attorney, Bryan P. Cardwell | $350.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7.      To the best of my knowledge, after due inquiry, W M Law does not and has not represented any of Debtor's creditors, members, or any parties of interest in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s).

8.      In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9.      Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court. WM Law is holding in trust any unbilled pre-petition retainer after application of earned pre-petition work and the Chapter 11 filing fee and agrees not to transfer these funds without approval of this Court.

10.      W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11. The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: August 1, 2025

Chelsea S. Williamson, KS #20522
Partner
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
williamson@wagonergroup.com

Sworn to before on me this ___1st___ day of August, 2025

My commission expires: 3/29/28

Rosana Tovalin,
Notary Public

ROSANA TOVALIN
Notary Public
State of Kansas
My Appt. Expires 3/29/20.28