# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                       )

MARK JASON McLAREN,         )      Case No. 25-10802

                 Debtor and Debtor-   )
                 In-Possession.       )

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4., I move that Elizabeth M. Lally be admitted to practice in the United States Bankruptcy Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this Motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 5th day of September, 2025.

Respectfully Submitted,

**STEVENS & BRAND, LLP**

By:    ***s/ Patricia E. Hamilton***
PATRICIA E. HAMILTON, #13263
4848 S.W. 21st Street, Suite 201
Topeka, Kansas 66604
Telephone ~ (785) 408-8000
Facsimile ~ (785) 408-8003
E-Mail ~ PHamilton@StevensBrand.com
**Counsel for Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2025, the above and foregoing was electronically filed with the U.S. Bankruptcy Court, District of Kansas, and was sent by electronic mail to all parties receiving notices electronically via the Court's CM/ECF noticing system.

*s/ Patricia E. Hamilton*
PATRICIA E. HAMILTON, #13263

2

In Re:                                      )
                                            )
MARK JASON McLAREN,                         )          Case No. 25-10802
                                            )
                    Debtor and Debtor-      )
                    In-Possession.          )

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Elizabeth M. Lally

2. I practice under the following firm name or letterhead:

   Name:      Lally Legal Group, LLC

   Address:   12020 Shamrock Plaza, Suite 200
              Omaha, NE 68154

   Telephone Number:  402-778-4840 (office)

   Fax:  N/A

   Email address:      elally@lally-legal.com

3.     I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date Of Admission | Bar Number |
|---|---|---|
| State of Illinois | 11/10/2005 | 6286664 |
| State of Indiana | 05/04/2009 | 28278-49 |
| State of Iowa | 09/14/2016 | AT0013010 |
| State of Nebraska | 10/13/2017 | 26428 |
| U.S. Dist. Ct. for the Northern Dist. of Illinois | 11/10/2005 | 6286664 |
| U.S. Dist. Ct. for the Southern Dist. of Illinois | 11/10/2005 | 6286664 |
| U.S. Bankruptcy Ct. for the Northern Dist. of Illinois | 11/10/2005 | 6286664 |
| U.S. Dist. Ct. for the Northern Dist. of Indiana | 05/04/2009 | 28278-49 |
| U.S. Dist. Ct. for the Southern Dist. of Indiana | 05/04/2009 | 28278-49 |
| U.S. Bankruptcy Ct. for the Northern Dist. of Indiana | 05/04/2009 | 28278-49 |
| U.S. Bankruptcy Ct. for the Southern Dist. of Indiana | 05/04/2009 | 28278-49 |
| U.S. Dist. Ct. for the Northern Dist. of Iowa | 09/14/2016 | AT0013010 |
| U.S. Dist. Ct. for the Southern Dist. of Iowa | 09/14/2016 | AT0013010 |
| U.S. Bankruptcy Ct. for the Southern Dist. of Iowa | 09/14/2016 | 26428 |
| U.S. Bankruptcy Ct. for the Northern Dist. of Iowa | 09/14/2016 | AT0013010 |
| U.S. Dist. Ct. for the Dist. of Nebraska | 10/13/2017 | 26428 |
| 8th Cir. Court of Appeals | 07/15/2019 | N/A |
| U.S. Dist. Ct. for the Dist. of North Dakota | 08/18/2023 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S. Code § 1746, I, Elizabeth M. Lally declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2025.

Elizabeth M. Lally



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing
### Registration Form

Name: **Elizabeth M. Lally**

Office: **Lally Legal Group, LLC**

Address: **12020 Shamrock Plaza**

Address: **Suite 200**

City: **Omaha**     State: **NE**     Zip: **68154**

Office Phone: **402-778-4840**     Ext.: **NA**     Fax: **NA**

State Bar # **Illinois 6286664;Indiana 28278-49; Iowa AT0013010; Nebraska 26428**

Attorney's Internet E-mail Address: **elally@lally-legal.com**

Additional email addresses that should receive Notices of Electronic Filing: **N/A**

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

**September 5, 2025**
Date

*E. M. Lally*
Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

**If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.**