**SO ORDERED.**

**SIGNED this 5th day of September, 2025.**



_Mitchell L. Herren_
Mitchell L. Herren
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## DIVISION OF KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | MARK JASON MCLAREN | ) | Case No. 25-10802 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY (DOC. #13)

**WHEREAS** on **August 1, 2025,** the above-captioned Debtor filed **Document No. 13,** the Application to Employ Wagoner Bankruptcy Group, P.C., d/b/a WM Law as Debtor's Attorney (the "Motion");

**WHEREAS** the Court finds that the Motion, having been noticed for hearing and an opportunity for objections, with no objections filed, no hearing held, is reasonable and satisfactory, and therefore should be granted.

**IT IS THEREFORE ORDERED** the Motion is GRANTED, permitting employment of WM Law and its attorneys and staff under the terms set forth in the Application to Employ.

**IT IS SO ORDERED.**

###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR