**SO ORDERED.**

**SIGNED this 5th day of September, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
DIVISION OF KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | MARK JASON MCLAREN | ) | Case No. 25-10802 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY (DOC. #13)

**WHEREAS** on **August 1, 2025,** the above-captioned Debtor filed **Document No. 13,** the Application to Employ Wagoner Bankruptcy Group, P.C., d/b/a WM Law as Debtor's Attorney (the "Motion");

**WHEREAS** the Court finds that the Motion, having been noticed for hearing and an opportunity for objections, with no objections filed, no hearing held, is reasonable and satisfactory, and therefore should be granted.

**IT IS THEREFORE ORDERED** the Motion is GRANTED, permitting employment of WM Law and its attorneys and staff under the terms set forth in the Application to Employ.

**IT IS SO ORDERED.**

### ###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

United States Bankruptcy Court

District of Kansas

In re:

Mark Jason McLaren

Debtor

Case No. 25-10802-MLH

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark Jason McLaren, 2747 N Bracken Ct., Wichita, KS 67226-4030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth M. Lally | on behalf of Creditor Kapitus Servicing  Inc., as servicing agent for Kapitus LLC elally@lally-legal.com |
| January M Bailey | on behalf of Interested Party Joseph G Baba  DDS PA january@eronlaw.net, january@ecf.courtdrive.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Karl R. Swartz | on behalf of Creditor Emprise Bank kswartz@morrislaing.com |
| Patricia E. Hamilton | on behalf of Creditor Kapitus Servicing  Inc., as servicing agent for Kapitus LLC phamilton@stevensbrand.com, |

csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com

Richard A Kear

on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

on behalf of Debtor Mark Jason McLaren blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Susan Lissant

on behalf of Creditor Missouri Department of Revenue ks@dor.mo.gov

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 10