IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (Wichita)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark Jason McLaren | ) | Case No. 25-10802 |
| SSN: xxx-xx-9627 | ) | Chapter 11 |
| 2747 N. Bracken Ct. | ) | |
| Wichita, KS 67235 | ) | |
| Debtor, | ) | |
| | ) | |
| Honda Lease Trust, by American Honda | ) | |
| Finance Corporation dba Honda Financial | ) | |
| Services | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Mark Jason McLaren | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Richard A. Kear | ) | |
| Trustee. | ) | |

## NOTICE OF HONDA LEASE TRUST, BY AMERICAN HONDA FINANCE CORPORATION DBA HONDA FINANCIAL SERVICES' MOTION FOR RELIEF FROM STAY WITH OBJECTION DEADLINE

**YOU ARE HERBY** notified that if no objection to the above-named motion is filed in writing with the Clerk of the U.S. Bankruptcy Court by November 3, 2025, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 N. Market, Ste. 104, Wichita, KS 67202), a hearing will be scheduled on November 19th 2025, at 11:00 a.m., Room 150.

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Date: October 13, 2025

Respectfully submitted,
LEWIS RICE LLC


/s/Michael P. Gaughan
Michael P. Gaughan, # 70210
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 / Fax: (913) 642-8742

mgaughan@lewisricekc.com
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of October, 2025, a copy of the foregoing Notice, together with a copy of the motion and exhibits were mailed to each of the following persons:

Mark Jason McLaren
2747 N Bracken Ct.
Wichita, KS 67235
Debtor

Richard A. Kear
301 N. Main St., Ste. 1150
Wichita, KS 67202
Trustee

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS, 67202

Ryan A. Blay
15095 W. 116th St.
Olathe, KS 66062
Attorney for Debtor

/s/Michael P. Gaughan
Attorney for Movant

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

American Express
PO Box 981537
El Paso TX 79998

American Honda Finance
PO Box 168128
Irving TX 75016

Attorney Karl R. Swartz
Morris Laing Law Firm
300 N Mead, Ste. 200
Wichita KS 67202

Bankers Healthcare Group, LLC
10234 W. State Rd. 84
Fort Lauderdale FL 33324

Bankers Healthcare Group, LLC
c/o Paracorp Incorporated
Registered Agent
13910 S. Brougham Drive
Olathe KS 66062

Bankers Healthcare Group, LLC
201 Solar St.
Syracuse NY 13204

Best Buy/CBNA
5800 S Corporate Place
Sioux Falls SD 57108

Capital One
PO Box 31293
Salt Lake City UT 84131

Chase
PO Box 15298
Wilmington DE 19850-5298

Christy Lynzette McLaren
2747 N Bracken Ct.
Wichita KS 67226-4030

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108

Commerce Bank
PO Box 410857
Kansas City MO 64141

Diamond Storage
10502 E. 26th Cir N
Wichita KS 67226

Emprise Bank
PO Box 2970
Wichita KS 67201

Emprise Bank
257 N. Broadway St.
Attn: Officer
Wichita KS 67201

Emprise Bank
257 N. Broadway
Wichita KS 67201

FC Marketplace, LLC
707 17th Street, Suite 2200
Denver CO 80202

Forward Financing LLC
53 State St., 20th Floor
Boston MA 02109-2820

High Caliber Landscape, LLC
PO Box 53
Wichita KS 67226

Honda Financial Services
PO Box 60001
City of Industry CA 91716

Honda Financial Services
PO Box168008
Irving TX 75016

Honda Financial Services
PO Box 168128
Irving TX 75016

Joseph G. Baba, D.D.S., PA
4620 E Douglas Ave
Ste. 102
Wichita KS 67208

Joseph G. Baba, D.D.S., PA
c/o Joseph G. Baba, DDS
registered agent
1035 N Emporia
Wichita KS 67214

Joseph G. Baba, DDS 12206 W Ridgepoint St. Wichita KS 67235
JPMCB - Card Services PO Box 15369

Wilmington DE 19850

Kansas Payment Center
Post Office Box 758599
Topeka KS 66675

Kapitus LLC
2500 Wilson Blvd, Ste. 350
Arlington VA 22201-3873

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

Mohela/Earnest
633 Spirit Drive
Chesterfield MO 63005

Noah McFerran
2747 N Bracken Ct.
Wichita KS 67226

Robyn Kirkpatrick
6302 Beachy Ave
Wichita KS 67208

Sofi Bank
PO Box 654081
Ste. 300
Dallas TX 75265-4081

TIAA FSB
PO Box 1283
Charlotte NC 28201-1283

TIAA, FSB
10 Waterview Blvd.
Parsippany NJ 07054

Upgrade Inc
2 North Central Ave
10th Floor
Phoenix AZ 85004

Upstart
PO Box 1503
San Carlos CA 94070

_____/s/Michael P. Gaughan_____
Attorney for Movant
