**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:    MARK JASON MCLAREN       )    Case No. 25-10802
          Debtor and Debtor-in-Possession     )    Chapter 11 (Voluntary), Subchapter V

**DEBTOR'S OBJECTION TO MOTION FOR ORDER MODIFYING AUTOMATIC STAY**
**FILED BY HONDA LEASE TRUST, BY AMERICAN HONDA FINANCE COPRORATION**
**DBA HONDA FINANCIAL SERVICES**

     **COMES NOW** Debtor Mark McLaren (the "Debtor" or "McLaren"), by and through his undersigned counsel, and for his Objection to the Motion for Order Modifying Automatic Stay filed by Honda Lease Trust, by American Honda Finance Corporation d/b/a Honda Financial Services ("Honda") (Doc. #42), states as follows:

1. Debtor admits the obligation and the lease agreement with Honda.

2. Debtor admits a default on the post-petition lease payments, as a result of payments to get his personal and his dental practice's bankruptcies filed, as well as modifications to his salary in efforts to reorganize the practice.

3. Debtor hereby proposes a pre-confirmation adequate payment proposal of $250 per month to preserve the creditor's interest in the vehicle as he moves closer to proposing a plan of reorganization to be voted on by creditors.

WHEREFORE, Debtor respectfully requests this Court enter an order (1) granting the Debtor the authority to make adequate protection payments to Honda of $250 per month (or an otherwise agreed upon amount) and (2) deny Honda's Motion without prejudice, as well as any further relief just and appropriate under these circumstances.

Respectfully Submitted by,

WM Law

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110

15095 W. 116th St.

Olathe, KS 66062

Phone (913) 422-0909 / Fax (913) 428-8549

blay@wagonergroup.com

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

On October 31, 2025, the undersigned caused a true copy of the above Response to Motion for Order Modifying Automatic Stay to be served via CM/ECF Electronic Notice to all parties enrolled in electronic noticing, including the Office of the United States Trustee and Michael P. Gaughan, Lewis Rice LLC, on behalf of Movant

s/ Ryan A. Blay