10:00 AM                    SEC 105(d) STATUS CONFERENCE (2nd)

---

Case Information:

25-10802 Mark Jason McLaren   Chapter: 11

Judge: MLH   Filed: 07/31/2025       Pln Confirmed:

---

Appearances:
X       Ryan A Blay representing Mark Jason McLaren (Debtor)
X       Rick Kear representing U.S. Trustee
X       Elizabeth Lally representing Kapitus Servicing Inc. (Creditor)
X       Karl Swartz representing Emprise Bank (Creditor)

---

Issue:
#1      [19] Order Scheduling Chapter 11 Status Conference Signed on 8/29/2025
>>      Status Report Filed by Debtor Mark Jason McLaren. (#33 filed 9/19/2025)

---

Notes/Decision:

Counsel for Debtor reports quarterly fees are due and will be paid soon.  Debtor is working on resolutions for the Relief from Stay Motions that are set for 11/19/25.  The Operating reports are current.  Debtor has filed an Objection to Claim of Joseph Baba.  If a response is filed, matter will be set for January.

---

Courtroom Deputy: Marnie Bourbonnais
ECRO: Sheritha Thompkins

6