# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:    MARK JASON MCLAREN          )    Case No. 25-10802
           Debtor and Debtor-in-Possession    )    Chapter 11 (Voluntary

## INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM AUGUST 1, 2025 THROUGH NOVEMBER 30, 2025

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Mark Jason McLaren, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $11,025 and reimbursement of expenses in the amount of $0 for a total amount of $11,025 incurred from August 1, 2025 through November 30, 2025, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

### BACKGROUND

1.    Debtor filed a voluntary petition under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on July 31, 2025 (the "Petition Date").

2.    WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On September 5, 2025, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #29).

3.    WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4.    As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $13,099.25 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover all of the requested payments under this application.

5.    All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6.    Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $11,025 in attorney's fees and $0 in expenses for fees incurred from August 1, 2025 through November 30, 2025.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

**VALUATION OF SERVICES**

7.      Attorneys and paraprofessionals of WM Law have expended a total of 32.5 hours in connection with this matter from August 1, 2025 through November 30, 2025 as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from August 1, 2025 through November 30, 2025, in the amount of $11,025 in attorney's fees and $0 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**CASE STATUS**

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Plan of Reorganization has not yet been filed and is due on or before January 27, 2026..

12.     The Debtor is current with Monthly Operating Reports through the report due for October 2025 and is current on US Trustee Quarterly Fees.

13.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from J August 1, 2025 through November 30, 2025, in the amount of $10,955 in attorney's fees and $0 in expenses for a total amount of $11,025 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $11,025 in attorney's fees and $0 in expenses in expenses for a total amount of $11,025 incurred from August 1, 2025 through November 30, 2025, and authorization to apply first the funds held in trust, per 11 U.S.C.

Dated: December 1 2025.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, MARK JASON MCCLAREN

## **NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION**

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 22, 2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 401 N. Market, Rm. 150, on **January 8, 2025 at 10:30 am.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

| Name and Address | | 341 Info: | |
|---|---|---|---|
| Cell Phone | | | |
| Email Address | | | |
| Case Number | 25-10802 | | |
| Date Filed | 7/31/2025 | | |
| Judge/Trustee | Herren/US Trustee | | |
| Attorney/Location/Chapter | RAB/Olathe/K11 | | |
| REQUESTED DOCUMENTS | TAXES<br>IDs<br>IDI Documents | PFM filed? N/a business case | |

| Notices need to be *sent to*:<br><br>Creditor name:<br>Account Number:<br>Fax Number:<br>Links to supporting docs: | Plan Summary – due 90 days from filing<br><br>Initial confirmation date: | Links to Plans:<br><br><br><br>PENDING ISSUES: |
|---|---|---|

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 8/1/2025 | RAB | Time for initial debtor interview and 341 meeting | Correspondence with US Trustee's office and client regarding times for both | $350 | .5 | $175 |
| 8/1/2025 | RAB | e-mails with January Bailey re coordination of this case with Joseph S Baba dental practice chapter 11 | Discussion of IDI and 341 dates | $350 | .3 | $105 |
| 8/1/2025 | RAB | Application to employ and affidavit | Review and revise on both | $350 | .5 | $175 |
| 8/1/2025 | RT | Application to Employ and Affidavit | Drafted and filed (appvd by RAB) Application to Employ and Affidavit. Notarized the Affidavit signed by CSW | $175 | 2.0 | $350 |
| 8/1/2025 | RAB | IDI | Reviewed initial debtor interview documents from US Trustee's office and sent to client with instructions on completing. | $350 | .4 | $140 |
| 8/4/2025 | RAB | Call to client | Discussion of current budget and need for income from business | $350 | .5 | $175 |
| 8/11/2025 | RAB | Initial debtor interview with US Trustee | IDI | $350 | .8 | $280 |

| 8/11/2025 | RAB | Review of IDI documents | Coordinated with Rosana Tovalin, paralegal, on IDI documents. Created docusigns of several documents for Dr. McLaren's signature | $350 | .5 | $175 |
|---|---|---|---|---|---|---|
| 8/18/2025 | RAB | 341 documents | Sent disclosures (signed) to US Trustee in response to follow-up e-mail | $350 | .5 | $175 |
| 8/18/2025 | RAB | Correspondence to client | Update on US Trustee 341 docs needed and what is outstanding after sending in tax returns and notices. | $350 | .6 | $210 |
| 8/19/2025 | RAB | Call to client re 341 Docs | Discussion of documents requested and status of each | $350 | .5 | $175 |
| 8/20/2025 | RAB | e-mails with client and with Missouri Department of Revenue regarding claim #6 for sales taxes for apparently unrelated company | Discussion of no relation to claimed entity and request to James Treece for clarification on claim prior to filing objection | $350 | .5 | $175 |
| 8/20/2025 | RAB | US Trustee requested docs | e-mailed last 4 bank statements and insurance policy documents to US Trustee's office with comments | $350 | .4 | $140 |
| 8/22/2025 | RAB | 341 meeting for the dental practice | Observed 341 for Joseph Baba DDS practice | $350 | 1.0 | $350 |
| 8/25/2025 | RAB | e-mails with client and US Trustee's office regarding US T request to reschedule 341 meeting | Request by UST to reschedule to 9/5 | $350 | .5 | $175 |
| 8/27/2025 | RAB | Call to High Caliber Landscape at client's request | Left message regarding payments on any post-petition obligations along with request to file proof of claim for any pre-petition obligations | $350 | .3 | $105 |
| 8/29/2025 | RAB | Call to Micky at MOHELA 888-879-8113 | Discussion of student loans in bankruptcy information for authorization form – refi-servicing@servicing.mohela.com | $350 | .4 | $140 |

| 8/29/2025 | CC | LOA | Emailed LOA to RAB and client to docusign. | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| 8/29/2025 | RAB | Call with High Caliber Landscape | Discussion of bankruptcy process and filing a claim | $350 | .5 | $175 |
| 9/2/2025 | RAB | Call with client | Discussing MOR and 1116 statements for signatures and amending budget | $350 | .5 | $175 |
| 9/2/2025 | RAB | Correspondence with US Trustee | In response to updates on documents, e-mailed signed checklist on initial financials.  Also e-mailed client Section 1116 statement to review | $350 | .5 | $175 |
| 9/2/2025 | RAB | Document preparation | Amended schedules I and J, 1116 statement, MOR | $350 | .5 | $175 |
| 9/4/2025 | CC | COA | Filed COA for Creditor High Caliber Landscape LLC. | 0 | 0 | 0 |
| 9/5/2025 | RAB | Motion to employ | Uploaded order for motion to employ | $350 | .3 | $105 |
| 9/5/2025 | RAB | 341 meeting | Attended 341 meeting by phone | $350 | 1.4 | $490 |
| 9/9/2025 | RAB | e-mails with attorney Swartz re Emprise Bank | Discussion of adequate protection payments, followed by phone call | $350 | .4 | $140 |
| 9/9/2025 | RAB | Call with client | Call to discuss adequate protection payments and struggles with DIP account | $350 | .5 | $175 |
| 9/12/2025 | RAB | Call with January Bailey and Dr. McLaren | Discussion of related issues within the bankruptcies | $350 | .5 | $175 |
| 9/19/2025 | RAB | Status reports | Drafted status report for court for next week's scheduling conference (.7); reviewed report drafted by January Bailey for Joseph G Baba case (.3) | $350 | 1.0 | $350 |

| Date | | Task | Description | | | |
|---|---|---|---|---|---|---|
| 9/19/2025 | RAB | Motion to waive DIP account requirement | Drafted motion for filing | $350 | .5 | $175 |
| 9/19/2025 | RT | DIP account motion | Filed motion and served | $350 | .4 | $140 |
| 9/25/2025 | RAB | Status conference | Status conference by zoom | $350 | .5 | $175 |
| 9/25/2025 | RAB | MOR for August 2025 | Prepared and sent to client for approval. Redacted August bank statement. | $350 | 1.0 | $350 |
| 9/29/2025 | RAB | MOR for August 2025 | Edited with notes about transfer back to Joseph Baba DDS and resent for client signature | $350 | .5 | $175 |
| 9/29/2025 | RAB | Adequate protection payments | Drafted adequate protection skeletal proposal to present to Dr McLaren regarding the leased vehicles and mortgage | $350 | .4 | $140 |
| | | | | | | $4060.00 |
| 10/20/2025 | RAB | Prepare for hearing | Reviewed US Trustee's objection to debtor's motion to waive DIP requirement | $350 | .5 | $175 |
| 10/22/2025 | RAB | Hearing | Hearing on debtor's motion to waive DIP requirement | $350 | 1.0 | $350 |
| 10/28/2025 | RAB | Chapter 11 plan of dental practice | Review of corporate Chapter 11 plan to determine impact on Dr. McLaren's personal case | $350 | 1.0 | $350 |
| 10/28/2025 | RAB | MORs | Filed August Monthly Operating Report with attached statement and prepared September report for signature | 1.5 | $350 | $525 |
| 10/29/2025 | RAB | MOR | Discussed explanation for post-filing payment on pre-petition obligation, disclosed and filed September 2025 MOR | .5 | $350 | $175 |

| 10/31/2025 | RAB | MFRS | Drafted objections to motions for relief from stay filed by Honda on Mr. McLaren's two Honda leases | 1.0 | $350 | $350 |
|---|---|---|---|---|---|---|
|  |  |  | Above transferred to billing |  |  | 0 |
| 11/7/2025 | RAB | Call with Dr. McLaren and January Bailey | Discussion of next tasks and formulating plan | .9 | $350 | $315 |
| 11/10/2025 | RAB | e-mails with counsel for Honda regarding motions for relief from stay and adequate protection proposals | Discussions with Mike Gaughan re coming to terms on adequate protection on the two MFRSs | .6 | $350 | $210 |
| 11/10/2025 | RAB | Preparation of October MOR | Reviewed bank statements and prepared monthly operating report for client signature | .9 | $350 | $315 |
| 11/10/2025 | RAB | Preparation of objection to Joseph Baba DDS claim | Drafted claim objection, waiting for info on payments | 1.0 | $350 | $350 |
| 11/12/2025 | RAB | Amended MOR | Drafted amended MOR for October and sent to client for approval | .5 | $350 | $175 |
| 11/12/2025 | RAB | Objection to claim | Updated with payment history from Dr. McLaren for filing | .4 | $350 | $140 |
| 11/13/2025 | RAB | Status conference with court | Provided court status updates | .7 | $350 | $245 |
| 11/14/2025 | RAB | Honda MFRS on both vehicles | e-mails with client and with Mike Gaughan, attorney for Honda, to try to resolve the motions without a hearing | .5 | $350 | $175 |
| 11/17/2025 | RAB | e-mails with counsel for Dr. Baba re claim objection | Discussion of order resolving claim objection | .4 | $350 | $140 |

| 11/19/2025 | RAB | Hearing on motions for relief from stay | To be resolved by agreed order | .5 | $350 | $175 |
|---|---|---|---|---|---|---|
| 11/24/2025 | RAB | e-mails regarding order resolving motion for relief from stay | Discussion with client about proposal from Honda's counsel regarding drop dead language and cure date for pre-confirmation lease payments on each Honda lease | .5 | $350 | $175 |
| 11/26/2025 | RAB | Call with client re purchasing vehicles out of Honda lease | Discussion of need to obtain approval to incur debt | .5 | $350 | $175 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Debtor has appeared at his Section 341 Meeting of Creditors, which has been concluded.  He is working on a Disclosure Statement and Chapter 11 Plan of Reorganization due in January 2026.  He has resolved, subjection to an agreed order, Motions for Relief from Stay brought by Honda on two leased vehicles.  He has also resolved a Claim Objection he brought against Joseph Baba.

The Debtor is current on monthly operating reports through October 2025.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 17 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 30.1 hours of time, from August through November 2025, working on every aspect of the case from start to the present.

Rosana Tovalin, Paralegal.

Ms. Tovalin has over 6 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  She spent 2.4 hours of billable time from August 2025 through November 2025.

Label Matrix for local noticing
1083-6
Case 25-10802
District of Kansas
Wichita
Fri Aug  1 11:39:06 CDT 2025

American Express
PO Box 981537
El Paso TX 79998-1537

American Honda Finance
PO Box 168128
Irving TX 75016-8128

Attorney Karl R. Swartz
Morris Laing Law Firm
300 N Mead, Ste. 200
Wichita KS 67202-2745

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Bankers Healthcare Group, LLC
c/o Paracorp Incorporated
Registered Agent
13910 S. Brougham Drive
Olathe KS 66062-2073

Best Buy/CBNA
5800 S Corporate Place
Sioux Falls SD 57108-5027

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Chase
PO Box 15298
Wilmington DE 19850-5298

Christy Lynzette McLaren
2747 N Bracken Ct.
Wichita KS 67226-4030

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Commerce Bank
PO Box 410857
Kansas City MO 64141-0857

Diamond Storage
10502 E. 26th Cir N
Wichita KS 67226-4612

Emprise Bank
257 N. Broadway
Wichita KS 67202-2315

Emprise Bank
257 N. Broadway St.
Attn:  Officer
Wichita KS 67202-2315

Emprise Bank
PO Box 2970
Wichita KS 67201-2970

FC Marketplace, LLC
707 17th Street, Suite 2200
Denver CO 80202-3404

Forward Financing LLC
53 State St., 20th Floor
Boston MA 02109-2820

High Caliber Landscape, LLC
PO Box 53
Wichita KS 67201-0053

Honda Financial Services
PO Box 168128
Irving TX 75016-8128

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB - Card Services
PO Box 15369
Wilmington DE 19850-5369

Joseph G. Baba, D.D.S., PA
4620 E Douglas Ave
Ste. 102
Wichita KS 67208-3957

Joseph G. Baba, D.D.S., PA
c/o Joseph G. Baba, DDS
registered agent
1035 N Emporia
Wichita KS 67214-2944

Joseph G. Baba, DDS
12206 W Ridgepoint St.
Wichita KS 67235-9742

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Kansas Payment Center
Post Office Box 758599
Topeka KS 66675-8599

Kapitus LLC
2500 Wilson Blvd, Ste. 350
Arlington VA 22201-3873

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

| | | |
|---|---|---|
| Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 | Mohela/Earnest<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 | Noah McFerran<br>2747 N Bracken Ct.<br>Wichita KS 67226-4030 |
| Robyn Kirkpatrick<br>6302 Beachy Ave<br>Wichita KS 67208-2623 | Sofi Bank<br>PO Box 654081<br>Ste. 300<br>Dallas TX 75265-4081 | TIAA FSB<br>PO Box 1283<br>Charlotte NC 28201-1283 |
| TIAA, FSB<br>10 Waterview Blvd.<br>Parsippany NJ 07054-1286 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 |
| Upstart<br>PO Box 1503<br>San Carlos CA 94070-7503 | Mark Jason McLaren<br>2747 N Bracken Ct.<br>Wichita, KS 67226-4030 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bankers Healthcare Group, LLC<br>10234 W. State Rd. 84<br>Fort Lauderdale FL 33324 | (d)Bankers Healthcare Group, LLC<br>201 Solar St.<br>Syracuse NY 13204 | Honda Financial Services<br>PO Box 60001<br>City of Industry CA 91716 |
| (d)Honda Financial Services<br>PO Box168008<br>Irving TX 75016 | MOHELA<br>633 Spirit Drive<br>Chesterfield MO 63005-1243 | Upgrade Inc<br>2 North Central Ave<br>10th Floor<br>Phoenix AZ 85004 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Emprise Bank | (u)Joseph G Baba, DDS PA | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total               43 |