In re:    MARK JASON MCLAREN                )    Case No. 25-10802
          Debtor and Debtor-in-Possession   )    Chapter 11 (Voluntary

## INITIAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM AUGUST 1, 2025 THROUGH NOVEMBER 30, 2025

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Mark Jason McLaren, the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $11,025 and reimbursement of expenses in the amount of $0 for a total amount of $11,025 incurred from August 1, 2025 through November 30, 2025, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

### BACKGROUND

1.      Debtor filed a voluntary petition under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on July 31, 2025 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case.  On September 5, 2025, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #29).

3.      WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $13,099.25 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover all of the requested payments under this application.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

### SUMMARY OF SERVICES RENDERED

6.      Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $11,025 in attorney's fees and $0 in expenses for fees incurred from August 1, 2025 through November 30, 2025.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

**VALUATION OF SERVICES**

7.      Attorneys and paraprofessionals of WM Law have expended a total of 32.5 hours in connection with this matter from August 1, 2025 through November 30, 2025 as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from August 1, 2025 through November 30, 2025, in the amount of $11,025 in attorney's fees and $0 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

**CASE STATUS**

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.     The source of compensation sought is from the income and assets of the bankruptcy estate.

11.     The Debtor's Chapter 11, Plan of Reorganization has not yet been filed and is due on or before January 27, 2026..

12.     The Debtor is current with Monthly Operating Reports through the report due for October 2025 and is current on US Trustee Quarterly Fees.

13.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from J August 1, 2025 through November 30, 2025, in the amount of $10,955 in attorney's fees and $0 in expenses for a total amount of $11,025 attached hereto as Exhibit A, for his review.

    **WHEREFORE**, WM Law seeks approval of legal fees in the amount of $11,025 in attorney's fees and $0 in expenses in expenses for a total amount of $11,025 incurred from August 1, 2025 through November 30, 2025, and authorization to apply first the funds held in trust, per 11 U.S.C.

2

Dated: December 1 2025.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR, MARK JASON MCCLAREN

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 22, 2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 401 N. Market, Rm. 150, on **January 8, 2025 at 10:30 am.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

s/ Ryan A. Blay

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-6<br>Case 25-10802<br>District of Kansas<br>Wichita<br>Fri Aug  1 11:39:06 CDT 2025 | American Express<br>PO Box 981537<br>El Paso TX 79998-1537 | American Honda Finance<br>PO Box 168128<br>Irving TX 75016-8128 |
| Attorney Karl R. Swartz<br>Morris Laing Law Firm<br>300 N Mead, Ste. 200<br>Wichita KS 67202-2745 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | Bankers Healthcare Group, LLC<br>c/o Paracorp Incorporated<br>Registered Agent<br>13910 S. Brougham Drive<br>Olathe KS 66062-2073 |
| Best Buy/CBNA<br>5800 S Corporate Place<br>Sioux Falls SD 57108-5027 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 | Chase<br>PO Box 15298<br>Wilmington DE 19850-5298 |
| Christy Lynzette McLaren<br>2747 N Bracken Ct.<br>Wichita KS 67226-4030 | Citicards CBNA<br>5800 South Corporate Place<br>Sioux Falls SD 57108-5027 | Commerce Bank<br>PO Box 410857<br>Kansas City MO 64141-0857 |
| Diamond Storage<br>10502 E. 26th Cir N<br>Wichita KS 67226-4612 | Emprise Bank<br>257 N. Broadway<br>Wichita KS 67202-2315 | Emprise Bank<br>257 N. Broadway St.<br>Attn:  Officer<br>Wichita KS 67202-2315 |
| Emprise Bank<br>PO Box 2970<br>Wichita KS 67201-2970 | FC Marketplace, LLC<br>707 17th Street, Suite 2200<br>Denver CO 80202-3404 | Forward Financing LLC<br>53 State St., 20th Floor<br>Boston MA 02109-2820 |
| High Caliber Landscape, LLC<br>PO Box 53<br>Wichita KS 67201-0053 | Honda Financial Services<br>PO Box 168128<br>Irving TX 75016-8128 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JPMCB - Card Services<br>PO Box 15369<br>Wilmington DE 19850-5369 | Joseph G. Baba, D.D.S., PA<br>4620 E Douglas Ave<br>Ste. 102<br>Wichita KS 67208-3957 |
| Joseph G. Baba, D.D.S., PA<br>c/o Joseph G. Baba, DDS<br>registered agent<br>1035 N Emporia<br>Wichita KS 67214-2944 | Joseph G. Baba, DDS<br>12206 W Ridgepoint St.<br>Wichita KS 67235-9742 | Kansas Department of Revenue<br>PO Box 12005<br>Topeka KS 66612-2005 |
| Kansas Payment Center<br>Post Office Box 758599<br>Topeka KS 66675-8599 | Kapitus LLC<br>2500 Wilson Blvd, Ste. 350<br>Arlington VA 22201-3873 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Mohela/Earnest
633 Spirit Drive
Chesterfield MO 63005-1243

Noah McFerran
2747 N Bracken Ct.
Wichita KS 67226-4030

Robyn Kirkpatrick
6302 Beachy Ave
Wichita KS 67208-2623

Sofi Bank
PO Box 654081
Ste. 300
Dallas TX 75265-4081

TIAA FSB
PO Box 1283
Charlotte NC 28201-1283

TIAA, FSB
10 Waterview Blvd.
Parsippany NJ 07054-1286

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Upstart
PO Box 1503
San Carlos CA 94070-7503

Mark Jason McLaren
2747 N Bracken Ct.
Wichita, KS 67226-4030

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankers Healthcare Group, LLC
10234 W. State Rd. 84
Fort Lauderdale FL 33324

(d)Bankers Healthcare Group, LLC
201 Solar St.
Syracuse NY 13204

Honda Financial Services
PO Box 60001
City of Industry CA 91716

(d)Honda Financial Services
PO Box168008
Irving TX 75016

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

Upgrade Inc
2 North Central Ave
10th Floor
Phoenix AZ 85004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Emprise Bank

(u)Joseph G Baba, DDS PA

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43