**SO ORDERED.**

**SIGNED this 30th day of December, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### DIVISION OF KANSAS CITY

In re:  MARK JASON MCLAREN   )  Case No. 25-10802
     Debtor and Debtor-in-Possession  )  Chapter 11 (Voluntary), Subchapter V

### ORDER GRANTING DEBTOR'S APPLICATION FOR COMPENSATION (DOC. #59)

  **WHEREAS** on **December 1, 2025,** the above-captioned Debtor filed **Document No. 59,** the Application for Compensation for Ryan A. Blay, Attorney (the "Motion");

  **WHEREAS** no objections were received to the Application;

  **WHEREAS** the Court finds that the Motion, for the reasons stated on the record, should be GRANTED

  **IT IS THEREFORE ORDERED** the Motion is GRANTED, permitting payment of $11,025 in fees and $0 in expenses to WM Law, with payment to come from funds held in the Debtor's client trust account..

  **IT IS SO ORDERED.**

###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR