**SO ORDERED.**

**SIGNED this 30th day of December, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS
### DIVISION OF KANSAS CITY

In re:  MARK JASON MCLAREN ) Case No. 25-10802
          Debtor and Debtor-in-Possession ) Chapter 11 (Voluntary), Subchapter V

### ORDER GRANTING DEBTOR'S APPLICATION FOR COMPENSATION (DOC. #59)

**WHEREAS** on **December 1, 2025,** the above-captioned Debtor filed **Document No. 59,** the Application for Compensation for Ryan A. Blay, Attorney (the "Motion");

**WHEREAS** no objections were received to the Application;

**WHEREAS** the Court finds that the Motion, for the reasons stated on the record, should be GRANTED

**IT IS THEREFORE ORDERED** the Motion is GRANTED, permitting payment of $11,025 in fees and $0 in expenses to WM Law, with payment to come from funds held in the Debtor's client trust account..

**IT IS SO ORDERED.**

### ###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR

In re:                                                                                          Case No. 25-10802-MLH

Mark Jason McLaren                                                                              Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-6                              User: admin                                    Page 1 of 2

Date Rcvd: Dec 30, 2025                           Form ID: pdf020                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Mark Jason McLaren, 2747 N Bracken Ct., Wichita, KS 67226-4030

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth M. Lally | on behalf of Creditor Kapitus Servicing  Inc., as servicing agent for Kapitus LLC elally@lally-legal.com |
| January M Bailey | on behalf of Interested Party Joseph G Baba  DDS PA january@eronlaw.net, january@ecf.courtdrive.com |
| John Nemecek | on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov |
| Jordan M Sickman | on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov |
| Karl R. Swartz | on behalf of Creditor Emprise Bank kswartz@morrislaing.com |
| Michael P. Gaughan | on behalf of Creditor American Honda Finance Corporation dba Honda Financial Services c/o Michael P Gaughan |

           mgaughan@lewisricekc.com  vlbates@lewisricekc.com

Patricia E. Hamilton

           on behalf of Creditor Kapitus Servicing  Inc., as servicing agent for Kapitus LLC phamilton@stevensbrand.com,
csmalley@stevensbrand.com;mcarroll@stevensbrand.com;jchappell@stevensbrand.com;aboyd@stevensbrand.com;jalberg@stevensbrand.com

Richard A Kear

           on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

Ryan A Blay

           on behalf of Debtor Mark Jason McLaren blay@wagonergroup.com
bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Susan Lissant

           on behalf of Creditor Missouri Department of Revenue ks@dor.mo.gov

U.S. Trustee

           ustpregion20.wi.ecf@usdoj.gov


TOTAL: 11