INTRUST Bank
P.O. Box 1 | Wichita, KS 67201-5001

# Account Statement

If you have any questions,
please call 800-895-2265.

MARK MCLAREN
2747 N BRACKEN CT
WICHITA KS 67226-4030

3 Enclosures
Statement Date: January 02, 2026
intrustbank.com



## CHECKING ACCOUNT(S)

**home renovation, debt consolidation, large purchases, or other life**
**home renovation, debt consolidation, large purchases, or other life**
**circumstances. It is a flexible tool for whatever life brings, planned or unexpected. Visit intrustbank.com/heloc to learn more and apply.**

| | | | |
|---|---|---|---|
| Free Checking | | Enclosures | 3 |
| Account Number(s) | [redacted]0280 | Statement Dates | 12/03/25 thru 1/04/26 |
| Previous Balance | 906.28 | Days in the Statement Period | 33 |
| 13 Deposits/Credits | 18,532.49 | | |
| 190 Withdrawals/Debit | 15,167.15 | Avg Collected Balance | 1,978.21 |
| 2 Paid Checks | 380.00 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 3,891.62 | | |

| | Total For This Period This Period | Total Year-to-Date Year-to-Date |
|---|---|---|
| Total overdraft fees | $.00 | $.00 |
| Total returned item fees | $.00 | $.00 |

## ACCOUNT TRANSACTIONS BY DATE WITH DAILY BALANCE INFORMATION

| Date | Description | Withdrawals | Deposits | Running Bal |
|---|---|---|---|---|
| 12/03 | DBT CRD 0843 12/01/25 28764581 | 48.43 | | 857.85 |
| 12/03 | DBT CRD 1127 12/01/25 28712183 | 15.42 | | 842.43 |
| 12/03 | DBT CRD 2017 12/01/25 82352293 | 5.77 | | 836.66 |
| 12/03 | DBT CRD 0721 12/02/25 80606339 | 54.95 | | 781.71 |
| 12/03 | DBT CRD 1154 12/02/25 43079851 | 30.97 | | 750.74 |
| 12/03 | DBT CRD 1157 12/02/25 46598847 | 4.74 | | 746.00 |
| 12/03 | DBT CRD 1209 12/02/25 53512123 | 11.80 | | 734.20 |
| 12/03 | DBT CRD 1256 12/02/25 81998426 | 7.47 | | 726.73 |
| 12/03 | DBT CRD 1752 12/02/25 59670131 | 5.22 | | 721.51 |
| 12/03 | POS DEB 0743 12/03/25 00668971 | 7.19 | | 714.32 |
| 12/03 | UTILITY CITY OF WICHITA | 96.11 | | 618.21 |
| 12/04 | DBT CRD 1824 12/03/25 14448259 | 2.75 | | 615.46 |
| 12/04 | POS DEB 0725 12/04/25 00844476 | 8.27 | | 607.19 |
| 12/05 | PAYROLL TMJ AND SLEEP TH | | 4,180.33 | 4,787.52 |
| 12/05 | DBT CRD 1203 12/03/25 50238812 | 9.77 | | 4,777.75 |

ACCOUNT TRANSACTIONS BY DATE WITH DAILY BALANCE INFORMATION

| Date | Description | Withdrawals | Deposits | Running Bal |
|---|---|---|---|---|
| 12/05 | DBT CRD 1541 12/03/25 79004348 | 46.05 | | 4,731.70 |
| 12/05 | DBT CRD 1550 12/03/25 86077494 | 11.87 | | 4,719.83 |
| 12/05 | DBT CRD 1859 12/04/25 35595830 | 61.00 | | 4,658.83 |
| 12/05 | DBT CRD 2319 12/04/25 91937696 | 39.75 | | 4,619.08 |
| 12/08 | DBT CRD 1643 12/04/25 17871721 | 10.74 | | 4,608.34 |
| 12/08 | DBT CRD 0000 12/05/25 16146739 | 16.11 | | 4,592.23 |
| 12/08 | DBT CRD 1103 12/05/25 13895998 | 38.25 | | 4,553.98 |
| 12/08 | DBT CRD 1207 12/05/25 51267052 | 45.56 | | 4,508.42 |
| 12/08 | DBT CRD 1438 12/05/25 43101342 | 21.47 | | 4,486.95 |
| 12/08 | POS DEB 2029 12/05/25 20448470 | 155.48 | | 4,331.47 |
| 12/08 | DBT CRD 1044 12/06/25 02705165 | 26.72 | | 4,304.75 |
| 12/08 | DBT CRD 1206 12/06/25 52099604 | 272.85 | | 4,031.90 |
| 12/08 | POS DEB 1320 12/06/25 013222 | 255.83 | | 3,776.07 |
| 12/08 | DBT CRD 1800 12/06/25 00180899 | 44.76 | | 3,731.31 |
| 12/08 | POS DEB 0105 12/07/25 ME81L5T0 | 91.35 | | 3,639.96 |
| 12/08 | DBT CRD 2055 12/07/25 05084178 | 79.99 | | 3,559.97 |
| 12/08 | POS DEB 2212 12/07/25 8GHZ14YH | 108.69 | | 3,451.28 |
| 12/08 | POS DEB 2348 12/07/25 96F0FRNF | 19.59 | | 3,431.69 |
| 12/08 | DBT CRD 2352 12/07/25 11757238 | 29.00 | | 3,402.69 |
| 12/08 | POS DEB 0805 12/08/25 00915969 | 8.05 | | 3,394.64 |
| 12/08 | EFT PYMT FARMERS INS | 259.58 | | 3,135.06 |
| 12/08 | EFT PYMT FARMERS INS | 554.57 | | 2,580.49 |
| 12/09 | DBT CRD 0740 12/08/25 92064883 | 80.50 | | 2,499.99 |
| 12/09 | DBT CRD 1051 12/08/25 06998127 | 454.38 | | 2,045.61 |
| 12/09 | POS DEB 0810 12/09/25 00060577 | 6.02 | | 2,039.59 |
| 12/09 | PAYMENT ATT | 118.03 | | 1,921.56 |
| 12/09 | AUTOPAY EVERGY KS SOUTH | 328.00 | | 1,593.56 |
| 12/10 | POS CRE 0000 12/09/25 32779841 | | 165.73 | 1,759.29 |
| 12/10 | DBT CRD 1740 12/08/25 52312164 | 84.57 | | 1,674.72 |
| 12/10 | POS DEB 0737 12/10/25 KA2TT3KS | 22.56 | | 1,652.16 |
| 12/10 | POS DEB 0738 12/10/25 00187369 | 6.02 | | 1,646.14 |
| 12/10 | Check 111 | 30.00 | | 1,616.14 |
| 12/11 | DBT CRD 1418 12/09/25 29258642 | 43.00 | | 1,573.14 |
| 12/11 | DBT CRD 0740 12/10/25 92435608 | 50.00 | | 1,523.14 |
| 12/11 | DBT CRD 1136 12/10/25 33769100 | 73.47 | | 1,449.67 |
| 12/11 | DBT CRD 2015 12/10/25 81116031 | 83.90 | | 1,365.77 |
| 12/11 | POS DEB 0734 12/11/25 VD0H2OZ1 | 25.80 | | 1,339.97 |
| 12/11 | POS DEB 0735 12/11/25 00321060 | 6.02 | | 1,333.95 |
| 12/11 | PAYMENTS VERIZON WIRELESS | 342.28 | | 991.67 |
| 12/12 | DBT CRD 0114 12/11/25 60850842 | 13.95 | | 977.72 |
| 12/12 | DBT CRD 1801 12/11/25 00690404 | 11.46 | | 966.26 |
| 12/15 | Transfer from x0386 to x0280 | | 1,000.00 | 1,966.26 |
| 12/15 | DBT CRD 1224 12/11/25 62964218 | 51.55 | | 1,914.71 |
| 12/15 | DBT CRD 1705 12/11/25 31386976 | 110.84 | | 1,803.87 |
| 12/15 | DBT CRD 1813 12/11/25 08221438 | 28.42 | | 1,775.45 |
| 12/15 | DBT CRD 2055 12/11/25 05064466 | 3.85 | | 1,771.60 |
| 12/15 | DBT CRD 2111 12/11/25 14609030 | 7.22 | | 1,764.38 |
| 12/15 | DBT CRD 0957 12/12/25 74405915 | 46.31 | | 1,718.07 |
| 12/15 | DBT CRD 1017 12/12/25 86545834 | 15.04 | | 1,703.03 |
| 12/15 | DBT CRD 1234 12/12/25 68570293 | 37.98 | | 1,665.05 |
| 12/15 | DBT CRD 1253 12/12/25 80259674 | 2.10 | | 1,662.95 |
| 12/15 | DBT CRD 1254 12/12/25 80678286 | 2.60 | | 1,660.35 |
| 12/15 | POS DEB 1650 12/12/25 006645 | 63.92 | | 1,596.43 |
| 12/15 | DBT CRD 2112 12/12/25 14470198 | 39.40 | | 1,557.03 |
| 12/15 | ATM W/D 2115 12/12/25 002032 | 80.00 | | 1,477.03 |
| 12/15 | DBT CRD 2120 12/12/25 20513301 | 11.59 | | 1,465.44 |
| 12/15 | DBT CRD 0352 12/13/25 55666431 | 65.10 | | 1,400.34 |
| 12/15 | DBT CRD 0649 12/13/25 61412674 | 32.45 | | 1,367.89 |
| 12/15 | DBT CRD 0723 12/13/25 81820133 | 10.74 | | 1,357.15 |
| 12/15 | POS DEB 1114 12/13/25 001598 | 21.40 | | 1,335.75 |
| 12/15 | POS DEB 1802 12/13/25 015246 | 283.64 | | 1,052.11 |
| 12/15 | DBT CRD 1804 12/13/25 02458294 | 2.31 | | 1,049.80 |
| 12/15 | DBT CRD 1249 12/14/25 77939581 | 200.96 | | 848.84 |
| 12/15 | POS DEB 1603 12/14/25 AH7I1CK2 | 167.36 | | 681.48 |
| 12/15 | POS DEB 0815 12/15/25 00656614 | 5.91 | | 675.57 |
| 12/16 | Transfer from x0386 to x0280 | | 500.00 | 1,175.57 |
| 12/16 | DBT CRD 1122 12/15/25 25555281 | 190.22 | | 985.35 |
| 12/16 | DBT CRD 1204 12/15/25 50407511 | 11.80 | | 973.55 |

ACCOUNT TRANSACTIONS BY DATE WITH DAILY BALANCE INFORMATION

| Date | Description | Withdrawals | Deposits | Running Bal |
|---|---|---|---|---|
| 12/16 | DBT CRD 1304 12/15/25 86526828 | 228.00 | | 745.55 |
| 12/16 | POS DEB 1523 12/15/25 CJCX037P | 181.06 | | 564.49 |
| 12/16 | DBT CRD 1556 12/15/25 90171303 | 134.38 | | 430.11 |
| 12/16 | POS DEB 0751 12/16/25 00804284 | 6.02 | | 424.09 |
| 12/17 | Transfer from x0386 to x0280 | | 500.00 | 924.09 |
| 12/17 | Transfer from x0386 to x0280 | | 500.00 | 1,424.09 |
| 12/17 | DBT CRD 1652 12/15/25 23685654 | 9.64 | | 1,414.45 |
| 12/17 | DBT CRD 2027 12/15/25 88323840 | 11.35 | | 1,403.10 |
| 12/17 | DBT CRD 1836 12/16/25 22073123 | .79 | | 1,402.31 |
| 12/17 | POS DEB 0756 12/17/25 00120701 | 6.02 | | 1,396.29 |
| 12/17 | INS. PREM FARMERS N W LIFE | 33.50 | | 1,362.79 |
| 12/17 | INS. PREM FARMERS N W LIFE | 33.90 | | 1,328.89 |
| 12/17 | INS. PREM FARMERS N W LIFE | 60.85 | | 1,268.04 |
| 12/17 | INS_PAYMT AMERICAN GEN LIF | 238.57 | | 1,029.47 |
| 12/17 | INS_PAYMT AMERICAN GEN LIF | 382.59 | | 646.88 |
| 12/18 | Transfer from x0386 to x0280 | | 500.00 | 1,146.88 |
| 12/18 | DBT CRD 1236 12/16/25 69909387 | 15.02 | | 1,131.86 |
| 12/18 | DBT CRD 0450 12/17/25 90047105 | 16.99 | | 1,114.87 |
| 12/18 | DBT CRD 0908 12/17/25 44961685 | 23.62 | | 1,091.25 |
| 12/18 | DBT CRD 1139 12/17/25 35708713 | 88.45 | | 1,002.80 |
| 12/18 | DBT CRD 1143 12/17/25 38239842 | 36.72 | | 966.08 |
| 12/18 | WEB_PAY WASTE CONNECTION | 160.81 | | 805.27 |
| 12/19 | PAYROLL TMJ AND SLEEP TH | | 4,180.33 | 4,985.60 |
| 12/19 | DBT CRD 1035 12/17/25 95450776 | 48.00 | | 4,937.60 |
| 12/19 | DBT CRD 1108 12/17/25 17233285 | 24.32 | | 4,913.28 |
| 12/19 | DBT CRD 1200 12/17/25 48547933 | 13.85 | | 4,899.43 |
| 12/19 | DBT CRD 1639 12/17/25 14440190 | 30.85 | | 4,868.58 |
| 12/19 | DBT CRD 1843 12/18/25 26069446 | 156.09 | | 4,712.49 |
| 12/19 | DBT CRD 2318 12/18/25 91088622 | 21.49 | | 4,691.00 |
| 12/19 | UTIL PAYMT KANSAS GAS SERVI | 89.14 | | 4,601.86 |
| 12/22 | DBT CRD 1549 12/18/25 85908325 | 28.89 | | 4,572.97 |
| 12/22 | DBT CRD 1811 12/18/25 07068528 | 59.28 | | 4,513.69 |
| 12/22 | DBT CRD 0253 12/19/25 19896399 | 24.99 | | 4,488.70 |
| 12/22 | DBT CRD 0414 12/19/25 68862079 | 120.30 | | 4,368.40 |
| 12/22 | DBT CRD 1021 12/19/25 88742233 | 37.16 | | 4,331.24 |
| 12/22 | DBT CRD 1133 12/19/25 32171669 | 85.97 | | 4,245.27 |
| 12/22 | DBT CRD 1133 12/19/25 32158975 | 154.84 | | 4,090.43 |
| 12/22 | DBT CRD 1412 12/19/25 27405492 | 10.72 | | 4,079.71 |
| 12/22 | DBT CRD 1721 12/19/25 40794074 | 482.90 | | 3,596.81 |
| 12/22 | DBT CRD 1740 12/19/25 52483642 | 171.26 | | 3,425.55 |
| 12/22 | DBT CRD 1744 12/19/25 54612839 | 200.00 | | 3,225.55 |
| 12/22 | DBT CRD 1748 12/19/25 57068505 | 145.68 | | 3,079.87 |
| 12/22 | DBT CRD 1751 12/19/25 58600827 | 136.00 | | 2,943.87 |
| 12/22 | DBT CRD 1800 12/19/25 00112038 | 561.21 | | 2,382.66 |
| 12/22 | DBT CRD 1813 12/19/25 07929851 | 27.81 | | 2,354.85 |
| 12/22 | DBT CRD 1815 12/19/25 09339793 | 22.28 | | 2,332.57 |
| 12/22 | POS DEB 2110 12/19/25 21786097 | 141.62 | | 2,190.95 |
| 12/22 | DBT CRD 0621 12/20/25 45093131 | 39.18 | | 2,151.77 |
| 12/22 | DBT CRD 0913 12/20/25 48325662 | 90.29 | | 2,061.48 |
| 12/22 | DBT CRD 1232 12/20/25 66606901 | 29.55 | | 2,031.93 |
| 12/22 | POS DEB 1428 12/20/25 14751966 | 7.52 | | 2,024.41 |
| 12/22 | DBT CRD 1720 12/20/25 40140654 | 6.84 | | 2,017.57 |
| 12/22 | DBT CRD 1737 12/20/25 50641512 | 50.00 | | 1,967.57 |
| 12/22 | DBT CRD 1757 12/20/25 62439425 | 87.52 | | 1,880.05 |
| 12/22 | POS DEB 1812 12/20/25 012874 | 110.09 | | 1,769.96 |
| 12/22 | DBT CRD 1829 12/20/25 17015531 | 25.22 | | 1,744.74 |
| 12/22 | POS DEB 0632 12/21/25 OQJEMEZV | 141.33 | | 1,603.41 |
| 12/22 | POS DEB 1811 12/21/25 ONJXU4JO | 12.89 | | 1,590.52 |
| 12/22 | POS DEB 0543 12/22/25 Y3BWTRVO | 13.96 | | 1,576.56 |
| 12/22 | POS DEB 0749 12/22/25 00886833 | 9.23 | | 1,567.33 |
| 12/22 | DBT CRD 1854 12/22/25 32732804 | 38.57 | | 1,528.76 |
| 12/23 | Transfer from x0386 to x0280 | | 1,500.00 | 3,028.76 |
| 12/23 | Checking/MM Withdrawal | 300.00 | | 2,728.76 |
| 12/23 | DBT CRD 1301 12/22/25 84861656 | 25.00 | | 2,703.76 |
| 12/23 | DBT CRD 1447 12/22/25 48528270 | 22.42 | | 2,681.34 |
| 12/23 | POS DEB 1739 12/22/25 007219 | 102.35 | | 2,578.99 |
| 12/23 | DBT CRD 2104 12/22/25 10899866 | 366.01 | | 2,212.98 |
| 12/23 | POS DEB 0748 12/23/25 00046516 | 6.02 | | 2,206.96 |

INTRUST Bank
P.O. Box 1 | Wichita, KS 67201-5001

# Account Statement



## ACCOUNT TRANSACTIONS BY DATE WITH DAILY BALANCE INFORMATION

| Date | Description | Withdrawals | Deposits | Running Bal |
|---|---|---|---|---|
| 12/23 | DBT CRD 1937 12/23/25 58308542 | 32.21 | | 2,174.75 |
| 12/23 | 3162650651 Diamond storage | 79.00 | | 2,095.75 |
| 12/24 | Transfer from x0386 to x0280 | | 1,000.00 | 3,095.75 |
| 12/24 | DBT CRD 0810 12/23/25 10376112 | 51.63 | | 3,044.12 |
| 12/24 | DBT CRD 0853 12/23/25 36082109 | 14.99 | | 3,029.13 |
| 12/24 | DBT CRD 1040 12/23/25 00321746 | 214.95 | | 2,814.18 |
| 12/24 | DBT CRD 1630 12/23/25 10153518 | 429.28 | | 2,384.90 |
| 12/24 | DBT CRD 2001 12/23/25 72668259 | 70.24 | | 2,314.66 |
| 12/24 | POS DEB 0722 12/24/25 00207220 | 7.73 | | 2,306.93 |
| 12/24 | POS DEB 0811 12/24/25 008913 | 252.88 | | 2,054.05 |
| 12/26 | DBT CRD 1759 12/23/25 63568589 | 451.66 | | 1,602.39 |
| 12/26 | DBT CRD 1922 12/23/25 48473522 | 25.41 | | 1,576.98 |
| 12/26 | DBT CRD 0822 12/24/25 17357353 | 9.47 | | 1,567.51 |
| 12/26 | DBT CRD 1101 12/24/25 12801835 | 15.22 | | 1,552.29 |
| 12/26 | DBT CRD 1150 12/24/25 42525750 | 40.95 | | 1,511.34 |
| 12/26 | DBT CRD 1250 12/24/25 78458683 | 121.46 | | 1,389.88 |
| 12/26 | DBT CRD 1419 12/24/25 31820892 | 2.14 | | 1,387.74 |
| 12/26 | DBT CRD 1436 12/24/25 41837251 | 15.00 | | 1,372.74 |
| 12/26 | DBT CRD 1529 12/24/25 73448793 | 245.29 | | 1,127.45 |
| 12/26 | DBT CRD 1600 12/24/25 92156107 | 116.58 | | 1,010.87 |
| 12/26 | DBT CRD 1752 12/24/25 59747523 | 18.84 | | 992.03 |
| 12/26 | DBT CRD 0851 12/25/25 34650508 | 9.99 | | 982.04 |
| 12/26 | DBT CRD 1657 12/25/25 26542334 | 7.59 | | 974.45 |
| 12/26 | DBT CRD 2311 12/26/25 86634091 | 19.50 | | 954.95 |
| 12/26 | International Fee | .59 | | 954.36 |
| 12/29 | Transfer from x0386 to x0280 | | 800.00 | 1,754.36 |
| 12/29 | Check 112 | 350.00 | | 1,404.36 |
| 12/29 | DBT CRD 1614 12/25/25 98950757 | 39.16 | | 1,365.20 |
| 12/29 | DBT CRD 1316 12/26/25 94063908 | 60.78 | | 1,304.42 |
| 12/29 | DBT CRD 1500 12/26/25 56590837 | 335.86 | | 968.56 |
| 12/29 | DBT CRD 1858 12/26/25 35308892 | 102.38 | | 866.18 |
| 12/29 | DBT CRD 0519 12/27/25 07995010 | 37.62 | | 828.56 |
| 12/29 | DBT CRD 1322 12/27/25 97437973 | 77.37 | | 751.19 |
| 12/29 | DBT CRD 1339 12/27/25 07564959 | 3.79 | | 747.40 |
| 12/29 | POS DEB 1413 12/27/25 510465 | 55.49 | | 691.91 |
| 12/29 | DBT CRD 1640 12/27/25 16587402 | 12.13 | | 679.78 |
| 12/29 | POS DEB 1201 12/28/25 12001212 | 30.40 | | 649.38 |
| 12/29 | DBT CRD 1248 12/28/25 76884161 | 9.99 | | 639.39 |
| 12/29 | DBT CRD 1427 12/28/25 36320447 | 26.85 | | 612.54 |
| 12/29 | POS DEB 0734 12/29/25 00768657 | 6.02 | | 606.52 |
| 12/30 | DBT CRD 0047 12/29/25 44625843 | 139.32 | | 467.20 |
| 12/30 | DBT CRD 1147 12/29/25 40214498 | 100.06 | | 367.14 |
| 12/30 | POS DEB 0744 12/30/25 00891773 | 8.05 | | 359.09 |
| 12/31 | POS CRE 0000 12/30/25 91719588 | | 139.32 | 498.41 |
| 12/31 | DBT CRD 0445 12/30/25 87253399 | 9.99 | | 488.42 |
| 12/31 | POS DEB 1347 12/31/25 122990 | 26.21 | | 462.21 |
| 1/02 | PAYROLL TMJ AND SLEEP TH | | 3,566.78 | 4,028.99 |
| 1/02 | DBT CRD 0958 12/31/25 75191108 | 22.91 | | 4,006.08 |
| 1/02 | DBT CRD 1115 12/31/25 20268697 | 16.82 | | 3,989.26 |
| 1/02 | DBT CRD 1130 12/31/25 30484926 | 25.74 | | 3,963.52 |
| 1/02 | DBT CRD 1408 12/31/25 25279839 | 14.29 | | 3,949.23 |
| 1/02 | DBT CRD 1804 12/31/25 02989598 | 31.18 | | 3,918.05 |
| 1/02 | DBT CRD 1256 01/01/26 81753785 | 4.94 | | 3,913.11 |
| 1/02 | DBT CRD 1257 01/01/26 82546355 | 21.49 | | 3,891.62 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/05 | PAYROLL TMJ AND SLEEP TH<br>PPD MCLAREN,MARK<br>513078632683V25 9111111101<br>251205 4100075043 | 4,180.33 |
| 12/10 | POS CRE 0000 12/09/25 32779841<br>VC* COUNTRYSIDE PET CL<br>MIAMI FL C#**9223 | 165.73 |
| 12/15 | Transfer from x0386 to x0280 | 1,000.00 |
| 12/16 | Transfer from x0386 to x0280 | 500.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/17 | Transfer from x0386 to x0280 | 500.00 |
| 12/17 | Transfer from x0386 to x0280 | 500.00 |
| 12/18 | Transfer from x0386 to x0280 | 500.00 |
| 12/19 | PAYROLL TMJ AND SLEEP TH<br>PPD MCLAREN,MARK<br>929840323227V25 9111111101<br>251219 4100075043 | 4,180.33 |
| 12/23 | Transfer from x0386 to x0280 | 1,500.00 |
| 12/24 | Transfer from x0386 to x0280 | 1,000.00 |
| 12/29 | Transfer from x0386 to x0280 | 800.00 |
| 12/31 | POS CRE 0000 12/30/25 91719588<br>CHEWY.COM<br>800-672-4399 FL C#**9223 | 139.32 |
| 1/02 | PAYROLL TMJ AND SLEEP TH<br>PPD MCLAREN,MARK<br>462580141780V25 9111111101<br>260102 4100075043 | 3,566.78 |

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/03 | DBT CRD 0843 12/01/25 28764581<br>QT 327<br>WICHITA KS C#**9223 | 48.43- |
| 12/03 | DBT CRD 1127 12/01/25 28712183<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 15.42- |
| 12/03 | DBT CRD 2017 12/01/25 82352293<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 5.77- |
| 12/03 | DBT CRD 0721 12/02/25 80606339<br>COUNTRYSIDE PET CLINIC<br>316-7338433 KS C#**9223 | 54.95- |
| 12/03 | DBT CRD 1154 12/02/25 43079851<br>DILLONS FUEL #9020<br>WICHITA KS C#**9223 | 30.97- |
| 12/03 | DBT CRD 1157 12/02/25 46598847<br>DILLONS #0020<br>WICHITA KS C#**9223 | 4.74- |
| 12/03 | DBT CRD 1209 12/02/25 53512123<br>301 BRAUMS STORE<br>WICHITA KS C#**9223 | 11.80- |
| 12/03 | DBT CRD 1256 12/02/25 81998426<br>NEOSHO COUNTY COMM COL<br>OTTAWA KS C#**9223 | 7.47- |
| 12/03 | DBT CRD 1752 12/02/25 59670131<br>LOVE S #0176 INSIDE<br>MATFIELD GREE KS C#**9223 | 5.22- |
| 12/03 | POS DEB 0743 12/03/25 00668971<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 7.19- |
| 12/03 | UTILITY CITY OF WICHITA<br>TEL 0492362<br>0000063576 021000024277015<br>251202316-265-1300 | 96.11- |
| 12/04 | DBT CRD 1824 12/03/25 14448259<br>COCA COLA WICHITA KS<br>WICHITA KS C#**9223 | 2.75- |
| 12/04 | POS DEB 0725 12/04/25 00844476<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 8.27- |
| 12/05 | DBT CRD 1203 12/03/25 50238812<br>ARBYS 1524<br>WICHITA KS C#**9223 | 9.77- |
| 12/05 | DBT CRD 1541 12/03/25 79004348 | 46.05- |

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | QT 327<br>WICHITA KS C#**9223 | |
| 12/05 | DBT CRD 1550 12/03/25 86077494<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 11.87- |
| 12/05 | DBT CRD 1859 12/04/25 35595830<br>TARGET 00019448<br>WICHITA KS C#**9223 | 61.00- |
| 12/05 | DBT CRD 2319 12/04/25 91937696<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 39.75- |
| 12/08 | DBT CRD 1643 12/04/25 17871721<br>FREDDY S 00-0005<br>WICHITA KS C#**9223 | 10.74- |
| 12/08 | DBT CRD 0000 12/05/25 16146739<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 16.11- |
| 12/08 | DBT CRD 1103 12/05/25 13895998<br>SQ *DOO DAH DINER<br>Wichita KS C#**9223 | 38.25- |
| 12/08 | DBT CRD 1207 12/05/25 51267052<br>QT 396<br>WICHITA KS C#**9223 | 45.56- |
| 12/08 | DBT CRD 1438 12/05/25 43101342<br>ARBYS 7552<br>EL DORADO KS C#**9223 | 21.47- |
| 12/08 | POS DEB 2029 12/05/25 20448470<br>SQ *HIGH PLAINS<br>SQ *HIGH PLAINS<br>EL DORADO KS C#**9223 | 155.48- |
| 12/08 | DBT CRD 1044 12/06/25 02705165<br>MCALISTERS DELI 411<br>WICHITA KS C#**9223 | 26.72- |
| 12/08 | DBT CRD 1206 12/06/25 52099604<br>COSTCO WHSE #1200<br>WICHITA KS C#**9223 | 272.85- |
| 12/08 | POS DEB 1320 12/06/25 013222<br>DILLONS #0020<br>7707 E. CENTRAL<br>WICHITA KS C#**9223 | 255.83- |
| 12/08 | DBT CRD 1800 12/06/25 00180899<br>TST* GAMBINO S PIZZA -<br>316-541-2484 KS C#**9223 | 44.76- |
| 12/08 | POS DEB 0105 12/07/25 ME81L5T0<br>AMAZON.COM*BI3XA<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 91.35- |
| 12/08 | DBT CRD 2055 12/07/25 05084178<br>Roku for ESPN<br>816-2728107 DE C#**9223 | 79.99- |
| 12/08 | POS DEB 2212 12/07/25 8GHZ14YH<br>Hulu<br>Hulu<br>Santa Monica CA C#**9223 | 108.69- |
| 12/08 | POS DEB 2348 12/07/25 96F0FRNF<br>AMAZON.COM*BI6FU<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 19.59- |
| 12/08 | DBT CRD 2352 12/07/25 11757238<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 29.00- |
| 12/08 | POS DEB 0805 12/08/25 00915969<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 8.05- |
| 12/08 | EFT PYMT FARMERS INS<br>PPD Mark Mclaren<br>w145058927 9496351302 | 259.58- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | 251205 | |
| 12/08 | EFT PYMT FARMERS INS<br>PPD Mark Mclaren<br>p034384445 9496351302<br>251205 | 554.57- |
| 12/09 | DBT CRD 0740 12/08/25 92064883<br>MW *CIRCLE USD 375<br>316-541-2577 KS C#**9223 | 80.50- |
| 12/09 | DBT CRD 1051 12/08/25 06998127<br>GiftHealth*LillyDirect<br>833-6144438 OH C#**9223 | 454.38- |
| 12/09 | POS DEB 0810 12/09/25 00060577<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 6.02- |
| 12/09 | PAYMENT ATT<br>PPD Mark McLaren<br>826277004EPAYK 9864031004<br>120625 | 118.03- |
| 12/09 | AUTOPAY EVERGY KS SOUTH<br>WEB 319765647147<br>1481093840 091000010212711<br>251209EVERGY KS SOUTH AUTO | 328.00- |
| 12/10 | DBT CRD 1740 12/08/25 52312164<br>DOMINO S 6376<br>316-201-6191 KS C#**9223 | 84.57- |
| 12/10 | POS DEB 0737 12/10/25 KA2TT3KS<br>AMAZON.COM*421EQ<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 22.56- |
| 12/10 | POS DEB 0738 12/10/25 00187369<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 6.02- |
| 12/11 | DBT CRD 1418 12/09/25 29258642<br>CASEYS #2746<br>OTTAWA KS C#**9223 | 43.00- |
| 12/11 | DBT CRD 0740 12/10/25 92435608<br>Advanced Ortho Assoc<br>Wichita KS C#**9223 | 50.00- |
| 12/11 | DBT CRD 1136 12/10/25 33769100<br>EL DORADO TRUECARE PHA<br>613-3215330 KS C#**9223 | 73.47- |
| 12/11 | DBT CRD 2015 12/10/25 81116031<br>CHILI S #225<br>WICHITA KS C#**9223 | 83.90- |
| 12/11 | POS DEB 0734 12/11/25 VD0H2OZ1<br>AMAZON.COM*JR46Y<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 25.80- |
| 12/11 | POS DEB 0735 12/11/25 00321060<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 6.02- |
| 12/11 | PAYMENTS VERIZON WIRELESS<br>PPD 000000078947132700001<br>078947132700001 7223344794<br>251210 | 342.28- |
| 12/12 | DBT CRD 0114 12/11/25 60850842<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 13.95- |
| 12/12 | DBT CRD 1801 12/11/25 00690404<br>SONIC DRIVE IN #5438<br>WICHITA KS C#**9223 | 11.46- |
| 12/15 | DBT CRD 1224 12/11/25 62964218<br>CASEYS #2746<br>OTTAWA KS C#**9223 | 51.55- |
| 12/15 | DBT CRD 1705 12/11/25 31386976 | 110.84- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | OLIVERS LOUNGE<br>WICHITA KS C#**9223 | |
| 12/15 | DBT CRD 1813 12/11/25 08221438<br>TACO SHOP - 21ST NORTH<br>WICHITA KS C#**9223 | 28.42- |
| 12/15 | DBT CRD 2055 12/11/25 05064466<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 3.85- |
| 12/15 | DBT CRD 2111 12/11/25 14609030<br>TACO BELL 042417<br>WICHITA KS C#**9223 | 7.22- |
| 12/15 | DBT CRD 0957 12/12/25 74405915<br>JIMMY S EGG<br>WICHITA KS C#**9223 | 46.31- |
| 12/15 | DBT CRD 1017 12/12/25 86545834<br>COSTCO WHSE #1200<br>WICHITA KS C#**9223 | 15.04- |
| 12/15 | DBT CRD 1234 12/12/25 68570293<br>CHARLIES CAR WASH #12<br>WICHITA KS C#**9223 | 37.98- |
| 12/15 | DBT CRD 1253 12/12/25 80259674<br>Heartland Vending Hals<br>Burrton KS C#**9223 | 2.10- |
| 12/15 | DBT CRD 1254 12/12/25 80678286<br>Heartland Vending Hals<br>Burrton KS C#**9223 | 2.60- |
| 12/15 | POS DEB 1650 12/12/25 006645<br>DILLONS #0066<br>2244 N. ROCK RD.<br>WICHITA KS C#**9223 | 63.92- |
| 12/15 | DBT CRD 2112 12/12/25 14470198<br>QT 327<br>WICHITA KS C#**9223 | 39.40- |
| 12/15 | ATM W/D 2115 12/12/25 002032<br>QUIKTRIP - 21ST<br>12825 E 21ST ST N<br>WICHITA KS C#**9223 | 80.00- |
| 12/15 | DBT CRD 2120 12/12/25 20513301<br>QT 327<br>WICHITA KS C#**9223 | 11.59- |
| 12/15 | DBT CRD 0352 12/13/25 55666431<br>KTA AUTOPAYMENT<br>WICHITA KS C#**9223 | 65.10- |
| 12/15 | DBT CRD 0649 12/13/25 61412674<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 32.45- |
| 12/15 | DBT CRD 0723 12/13/25 81820133<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 10.74- |
| 12/15 | POS DEB 1114 12/13/25 001598<br>WENDY S 4598<br>1617 MAIN ST<br>WINFIELD KS C#**9223 | 21.40- |
| 12/15 | POS DEB 1802 12/13/25 015246<br>DILLONS #0020<br>7707 E. CENTRAL<br>WICHITA KS C#**9223 | 283.64- |
| 12/15 | DBT CRD 1804 12/13/25 02458294<br>DILLONS #0020<br>WICHITA KS C#**9223 | 2.31- |
| 12/15 | DBT CRD 1249 12/14/25 77939581<br>PETSMART # 0245<br>WICHITA KS C#**9223 | 200.96- |
| 12/15 | POS DEB 1603 12/14/25 AH7I1CK2<br>AMAZON.COM*2W26C<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 167.36- |
| 12/15 | POS DEB 0815 12/15/25 00656614 | 5.91- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | MCDONALD S F1107 8100 E 21ST CT WICHITA KS C#**9223 | |
| 12/16 | DBT CRD 1122 12/15/25 25555281 Scheels All Sports Inc Fargo ND C#**9223 | 190.22- |
| 12/16 | DBT CRD 1204 12/15/25 50407511 301 BRAUMS STORE WICHITA KS C#**9223 | 11.80- |
| 12/16 | DBT CRD 1304 12/15/25 86526828 SAMI HALASEH SALON WICHITA KS C#**9223 | 228.00- |
| 12/16 | POS DEB 1523 12/15/25 CJCX037P AMAZON.COM*WG4R6 AMAZON.COM SEATTLE WA C#**9223 | 181.06- |
| 12/16 | DBT CRD 1556 12/15/25 90171303 PY *Evo Pest Kansas 316-3956678 UT C#**9223 | 134.38- |
| 12/16 | POS DEB 0751 12/16/25 00804284 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 6.02- |
| 12/17 | DBT CRD 1652 12/15/25 23685654 TACO BELL 042417 WICHITA KS C#**9223 | 9.64- |
| 12/17 | DBT CRD 2027 12/15/25 88323840 TACO BELL 042417 WICHITA KS C#**9223 | 11.35- |
| 12/17 | DBT CRD 1836 12/16/25 22073123 Prime Video *KG6CS46P3 888-802-3080 WA C#**9223 | .79- |
| 12/17 | POS DEB 0756 12/17/25 00120701 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 6.02- |
| 12/17 | INS. PREM FARMERS N W LIFE PPD MARK MCLAREN 002958449U 7738445417 121525 | 33.50- |
| 12/17 | INS. PREM FARMERS N W LIFE PPD MARK MCLAREN 002958448U 7738445417 121525 | 33.90- |
| 12/17 | INS. PREM FARMERS N W LIFE PPD MARK MCLAREN 003583723 9576858103 121525 | 60.85- |
| 12/17 | INS_PAYMT AMERICAN GEN LIF WEB 000722638220 4250598210 091000010024679 | 238.57- |
| 12/17 | INS_PAYMT AMERICAN GEN LIF WEB 000704644468 4250598210 091000010003295 | 382.59- |
| 12/18 | DBT CRD 1236 12/16/25 69909387 TACO BELL #204 WICHITA KS C#**9223 | 15.02- |
| 12/18 | DBT CRD 0450 12/17/25 90047105 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 16.99- |
| 12/18 | DBT CRD 0908 12/17/25 44961685 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 23.62- |
| 12/18 | DBT CRD 1139 12/17/25 35708713 WALGREENS #6006 WICHITA KS C#**9223 | 88.45- |
| 12/18 | DBT CRD 1143 12/17/25 38239842 WALGREENS #6006 | 36.72- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | WICHITA KS C#**9223 | |
| 12/18 | WEB_PAY WASTE CONNECTION<br>WEB 08330167121725<br>9510013001 021000027015837<br>DEC 25 | 160.81- |
| 12/19 | DBT CRD 1035 12/17/25 95450776<br>QT 389<br>WICHITA KS C#**9223 | 48.00- |
| 12/19 | DBT CRD 1108 12/17/25 17233285<br>TRUDYS HALLMARK<br>WICHITA KS C#**9223 | 24.32- |
| 12/19 | DBT CRD 1200 12/17/25 48547933<br>ARBYS 1524<br>WICHITA KS C#**9223 | 13.85- |
| 12/19 | DBT CRD 1639 12/17/25 14440190<br>QT 327<br>WICHITA KS C#**9223 | 30.85- |
| 12/19 | DBT CRD 1843 12/18/25 26069446<br>TARGET 00019448<br>WICHITA KS C#**9223 | 156.09- |
| 12/19 | DBT CRD 2318 12/18/25 91088622<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 21.49- |
| 12/19 | UTIL PAYMT KANSAS GAS SERVI<br>PPD MARK MCLAREN<br>127359182044566 9131520922 | 89.14- |
| 12/22 | DBT CRD 1549 12/18/25 85908325<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 28.89- |
| 12/22 | DBT CRD 1811 12/18/25 07068528<br>DOMINO S 6376<br>316-201-6191 KS C#**9223 | 59.28- |
| 12/22 | DBT CRD 0253 12/19/25 19896399<br>Netflix.com<br>netflix.com CA C#**9223 | 24.99- |
| 12/22 | DBT CRD 0414 12/19/25 68862079<br>AMG VIA CHRISTI ECOMME<br>844-9311162 KS C#**9223 | 120.30- |
| 12/22 | DBT CRD 1021 12/19/25 88742233<br>MAGNOLIA CAFE<br>WICHITA KS C#**9223 | 37.16- |
| 12/22 | DBT CRD 1133 12/19/25 32171669<br>AVCH WICHITA ECOMMERCE<br>844-9311162 KS C#**9223 | 85.97- |
| 12/22 | DBT CRD 1133 12/19/25 32158975<br>AMG VIA CHRISTI ECOMME<br>844-9311162 KS C#**9223 | 154.84- |
| 12/22 | DBT CRD 1412 12/19/25 27405492<br>TACO BELL 042417<br>WICHITA KS C#**9223 | 10.72- |
| 12/22 | DBT CRD 1721 12/19/25 40794074<br>KANSAS MEDICAL CENTER<br>316-3004408 KS C#**9223 | 482.90- |
| 12/22 | DBT CRD 1740 12/19/25 52483642<br>CPAP & SUPPLIES BY SLE<br>COYC SLEEPTOP KS C#**9223 | 171.26- |
| 12/22 | DBT CRD 1744 12/19/25 54612839<br>KANSAS MEDICAL CENTER<br>316-3004408 KS C#**9223 | 200.00- |
| 12/22 | DBT CRD 1748 12/19/25 57068505<br>HEARTLAND CARDIOLOGY -<br>DERBY KS C#**9223 | 145.68- |
| 12/22 | DBT CRD 1751 12/19/25 58600827<br>THE EYE GALLERY<br>WICHITA KS C#**9223 | 136.00- |
| 12/22 | DBT CRD 1800 12/19/25 00112038<br>CPAP & SUPPLIES BY SLE<br>COYC SLEEPTOP KS C#**9223 | 561.21- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/22 | DBT CRD 1813 12/19/25 07929851<br>KANSAS IMAGING CONSULT<br>316-6895894 KS C#**9223 | 27.81- |
| 12/22 | DBT CRD 1815 12/19/25 09339793<br>FCB*FIREFLY OWNERS<br>866.800.4656 NE C#**9223 | 22.28- |
| 12/22 | POS DEB 2110 12/19/25 21786097<br>SQ *HIGH PLAINS<br>SQ *HIGH PLAINS<br>EL DORADO KS C#**9223 | 141.62- |
| 12/22 | DBT CRD 0621 12/20/25 45093131<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 39.18- |
| 12/22 | DBT CRD 0913 12/20/25 48325662<br>TARGET.COM *<br>800-591-3869 MN C#**9223 | 90.29- |
| 12/22 | DBT CRD 1232 12/20/25 66606901<br>JUMP START #32<br>GREAT BEND KS C#**9223 | 29.55- |
| 12/22 | POS DEB 1428 12/20/25 14751966<br>KWIK SHOP 0766<br>12 S NICKERSON ST<br>NICKERSON KS C#**9223 | 7.52- |
| 12/22 | DBT CRD 1720 12/20/25 40140654<br>TACO SHOP - HILLSIDE S<br>WICHITA KS C#**9223 | 6.84- |
| 12/22 | DBT CRD 1737 12/20/25 50641512<br>Heartland Dermatology<br>Salina KS C#**9223 | 50.00- |
| 12/22 | DBT CRD 1757 12/20/25 62439425<br>LABCORP*8555941355<br>855-594-1355 KS C#**9223 | 87.52- |
| 12/22 | POS DEB 1812 12/20/25 012874<br>DILLONS #0020<br>7707 E. CENTRAL<br>WICHITA KS C#**9223 | 110.09- |
| 12/22 | DBT CRD 1829 12/20/25 17015531<br>QT 327<br>WICHITA KS C#**9223 | 25.22- |
| 12/22 | POS DEB 0632 12/21/25 OQJEMEZV<br>AMAZON.COM*RP5YN<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 141.33- |
| 12/22 | POS DEB 1811 12/21/25 ONJXU4JO<br>AMAZON.COM*VM5V1<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 12.89- |
| 12/22 | POS DEB 0543 12/22/25 Y3BWTRVO<br>AMAZON.COM*C06N1<br>AMAZON.COM<br>SEATTLE WA C#**9223 | 13.96- |
| 12/22 | POS DEB 0749 12/22/25 00886833<br>MCDONALD S F3730<br>11130 E 21ST ST N<br>WICHITA KS C#**9223 | 9.23- |
| 12/22 | DBT CRD 1854 12/22/25 32732804<br>Botanica thanks you<br>Wichita KS C#**9223 | 38.57- |
| 12/23 | Checking/MM Withdrawal | 300.00- |
| 12/23 | DBT CRD 1301 12/22/25 84861656<br>CHICK-FIL-A APP<br>866-232-2040 GA C#**9223 | 25.00- |
| 12/23 | DBT CRD 1447 12/22/25 48528270<br>WWW.BOXLUNCHGIVES.COM<br>800-370-1934 CA C#**9223 | 22.42- |
| 12/23 | POS DEB 1739 12/22/25 007219<br>DILLONS #0066<br>2244 N. ROCK RD. | 102.35- |

WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| | WICHITA KS C#**9223 | |
| 12/23 | DBT CRD 2104 12/22/25 10899866 BUBBA S 33 #2550 WICHITA KS C#**9223 | 366.01- |
| 12/23 | POS DEB 0748 12/23/25 00046516 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 6.02- |
| 12/23 | DBT CRD 1937 12/23/25 58308542 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 32.21- |
| 12/23 | 3162650651 Diamond storage WEB 0010540888 242071755780305 251222264105934213 | 79.00- |
| 12/24 | DBT CRD 0810 12/23/25 10376112 AMC 9640 ONLINE 888-440-4262 KS C#**9223 | 51.63- |
| 12/24 | DBT CRD 0853 12/23/25 36082109 AMAZON PRIME*GS1OW9RU3 Amzn.com/bill WA C#**9223 | 14.99- |
| 12/24 | DBT CRD 1040 12/23/25 00321746 EDDYS CHEVROLET CADILL WICHITA KS C#**9223 | 214.95- |
| 12/24 | DBT CRD 1630 12/23/25 10153518 AIRBNB * HMKZ58XQHM AIRBNB.COM CA C#**9223 | 429.28- |
| 12/24 | DBT CRD 2001 12/23/25 72668259 WALGREENS #6006 800-289-2273 KS C#**9223 | 70.24- |
| 12/24 | POS DEB 0722 12/24/25 00207220 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 7.73- |
| 12/24 | POS DEB 0811 12/24/25 008913 DILLONS #0066 2244 N. ROCK RD. WICHITA KS C#**9223 | 252.88- |
| 12/26 | DBT CRD 1759 12/23/25 63568589 DISCOUNT TIRE KSW 03 WICHITA KS C#**9223 | 451.66- |
| 12/26 | DBT CRD 1922 12/23/25 48473522 QT 310 EL DORADO KS C#**9223 | 25.41- |
| 12/26 | DBT CRD 0822 12/24/25 17357353 267 BRAUMS STORE WICHITA KS C#**9223 | 9.47- |
| 12/26 | DBT CRD 1101 12/24/25 12801835 FIVEBELOW.COM 18444523 866-935-8852 PA C#**9223 | 15.22- |
| 12/26 | DBT CRD 1150 12/24/25 42525750 JIMMY S EGG WICHITA KS C#**9223 | 40.95- |
| 12/26 | DBT CRD 1250 12/24/25 78458683 Scheels Wichita Wichita KS C#**9223 | 121.46- |
| 12/26 | DBT CRD 1419 12/24/25 31820892 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 2.14- |
| 12/26 | DBT CRD 1436 12/24/25 41837251 POPEYES 11254 WICHITA KS C#**9223 | 15.00- |
| 12/26 | DBT CRD 1529 12/24/25 73448793 KOHL S #0247 WICHITA KS C#**9223 | 245.29- |
| 12/26 | DBT CRD 1600 12/24/25 92156107 Fever*New Years Eve at ICT DE C#**9223 | 116.58- |

## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
| --- | --- | --- |
| 12/26 | DBT CRD 1752 12/24/25 59747523 QT 327 WICHITA KS C#**9223 | 18.84- |
| 12/26 | DBT CRD 0851 12/25/25 34650508 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 9.99- |
| 12/26 | DBT CRD 1657 12/25/25 26542334 LOVE S #0865 INSIDE PERRY OK C#**9223 | 7.59- |
| 12/26 | DBT CRD 2311 12/26/25 86634091 SP REDROOSTERGOLF OTTAWA CD C#**9223 | 19.50- |
| 12/26 | International Fee | .59- |
| 12/29 | DBT CRD 1614 12/25/25 98950757 CASEYS #3787 BLACKWELL OK C#**9223 | 39.16- |
| 12/29 | DBT CRD 1316 12/26/25 94063908 ELAGAVEMEXICANREST WICHITA KS C#**9223 | 60.78- |
| 12/29 | DBT CRD 1500 12/26/25 56590837 COSTCO WHSE #1200 WICHITA KS C#**9223 | 335.86- |
| 12/29 | DBT CRD 1858 12/26/25 35308892 DD *DOORDASH TUPTIMTHA 855-973-1040 CA C#**9223 | 102.38- |
| 12/29 | DBT CRD 0519 12/27/25 07995010 CLUB CAR WASH SUMMIT C 573-256-2601 KS C#**9223 | 37.62- |
| 12/29 | DBT CRD 1322 12/27/25 97437973 Scrubs Beyond Wichita KS C#**9223 | 77.37- |
| 12/29 | DBT CRD 1339 12/27/25 07564959 Prime Video *WE18S3LW3 888-802-3080 WA C#**9223 | 3.79- |
| 12/29 | POS DEB 1413 12/27/25 510465 DILLONS #0020 7707 E. CENTRAL WICHITA KS C#**9223 | 55.49- |
| 12/29 | DBT CRD 1640 12/27/25 16587402 MCALISTERS DELI 411 WICHITA KS C#**9223 | 12.13- |
| 12/29 | POS DEB 1201 12/28/25 12001212 THE HOME DEPOT # THE HOME DEPOT WICHITA KS C#**9223 | 30.40- |
| 12/29 | DBT CRD 1248 12/28/25 76884161 ROBLOX 1.888.858.2569 CORP.ROBLOX.C CA C#**9223 | 9.99- |
| 12/29 | DBT CRD 1427 12/28/25 36320447 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 26.85- |
| 12/29 | POS DEB 0734 12/29/25 00768657 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 6.02- |
| 12/30 | DBT CRD 0047 12/29/25 44625843 CHEWY.COM 800-672-4399 FL C#**9223 | 139.32- |
| 12/30 | DBT CRD 1147 12/29/25 40214498 CHEWY.COM 786-320-7111 FL C#**9223 | 100.06- |
| 12/30 | POS DEB 0744 12/30/25 00891773 MCDONALD S F3730 11130 E 21ST ST N WICHITA KS C#**9223 | 8.05- |
| 12/31 | DBT CRD 0445 12/30/25 87253399 APPLE.COM/BILL 866-712-7753 CA C#**9223 | 9.99- |

# Account Statement



## WITHDRAWALS AND OTHER DEBITS

| Date | Description | Amount |
| --- | --- | --- |
| 12/31 | POS DEB 1347 12/31/25 122990<br>DILLONS #9056<br>3707 N. WOODLAWN<br>WICHITA KS C#**9223 | 26.21- |
| 1/02 | DBT CRD 0958 12/31/25 75191108<br>CHICK-FIL-A #04721<br>WICHITA KS C#**9223 | 22.91- |
| 1/02 | DBT CRD 1115 12/31/25 20268697<br>CASEYS #3787<br>BLACKWELL OK C#**9223 | 16.82- |
| 1/02 | DBT CRD 1130 12/31/25 30484926<br>DD *DOORDASH SCHLOTZSK<br>855-973-1040 CA C#**9223 | 25.74- |
| 1/02 | DBT CRD 1408 12/31/25 25279839<br>SPANGLES 13<br>316-6858817 KS C#**9223 | 14.29- |
| 1/02 | DBT CRD 1804 12/31/25 02989598<br>DAVE & BUSTERS #145 PW<br>WICHITA KS C#**9223 | 31.18- |
| 1/02 | DBT CRD 1256 01/01/26 81753785<br>ONCUE EXPRESS 00<br>BILLINGS OK C#**9223 | 4.94- |
| 1/02 | DBT CRD 1257 01/01/26 82546355<br>APPLE.COM/BILL<br>866-712-7753 CA C#**9223 | 21.49- |

## CHECKS PAID

| Check No | Date | Amount | Check No | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 111 | 12/10 | 30.00 | 112 | 12/29 | 350.00 |

* Serial out of sequence

INTRUST Bank
P.O. Box 1 | Wichita, KS 67201-5001



Account: [redacted]0280




Check 0 Amount $300.00 Date 12/23/2025




Check 111 Amount $30.00 Date 12/10/2025




Check 112 Amount $350.00 Date 12/29/2025

## THIS FORM IS DESIGNED TO HELP YOU BALANCE YOUR ACCOUNT

List all checks, debit card purchases, transfers, ATM and other withdrawals not shown on this statement.

| Date | Description/Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Outstanding | | |

**Bank balance shown on this statement** $__________

**Add**
Deposits not credited on this statement $__________

**Total** $__________

**Subtract**
Total outstanding $__________

**Balance** $__________

This balance should agree with your account register balance after deducting any fees (if applicable) and adding any interest (if applicable) shown on this statement.

If your account does not balance, check the following carefully:

- Have you correctly entered the amount of each transaction in your account register?
- Are the amounts of your deposits entered in your account register the same as those on your bank statement?
- Have all transactions been deducted from your account register?
- Have you deducted all bank charges from your account register?
- Have you carried the correct balance forward from one account register to the next?
- Have you checked all additions and subtractions in your account register?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 316-383-1354 or 800-222-7458, or write us at P.O. Box 2121, Wichita, Kansas 67201, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appears.

1. Tell us your name and account number, if any.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.

For errors involving new accounts (within 30 days after the first deposit), point of sale transactions made with an INTRUST ATM Card, INTRUST Visa® Debit Card, INTRUST HSA Visa Debit Card, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation and remove any recredited amount from your account. You may ask for copies of the documents that we used in our investigation.

![INTRUST Bank]

P.O. Box 1 | Wichita, KS 67201-5001

# Account Statement

If you have any questions,
please call 800-895-2265.

MARK MCLAREN
2747 N BRACKEN CT
WICHITA KS 67226-4030

Enclosures
Statement Date: December 31, 2025
intrustbank.com

Page 1

## SAVINGS ACCOUNT(S)

**There is a lot you can do with a home equity line of credit. Use it for home renovation, debt consolidation, large purchases, or other life circumstances. It is a flexible tool for whatever life brings, planned or unexpected. Visit intrustbank.com/heloc to learn more and apply.**

Regular Savings

| | | | |
|---|---|---|---|
| Account Number | [redacted]3935 | Statement Dates | 12/23/25 thru 12/31/25 |
| Previous Balance | .00 | Days in the statement period | 9 |
| 1 Deposits/Credits | 300.00 | | |
| 0 Checks/Debits | .00 | Avg Collected Balance | 300.00 |
| 0 Paid Checks | .00 | | |
| Service Charge | .00 | Interest Earned | .04 |
| Interest Paid | .00 | Annual Percentage Yield Earned | 0.54% |
| Ending Balance | 300.00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total overdraft fees | $.00 | $.00 |
| Total returned item fees | $.00 | $.00 |

## ACCOUNT TRANSACTIONS BY DATE WITH DAILY BALANCE INFORMATION

| Date | Description | Withdrawals | Deposits | Running Bal |
|---|---|---|---|---|
| 12/23 | Deposit | | 300.00 | 300.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/23 | Deposit | 300.00 |

## THIS FORM IS DESIGNED TO HELP YOU BALANCE YOUR ACCOUNT

List all checks, debit card purchases, transfers, ATM and other withdrawals not shown on this statement.

| Date | Description/Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Outstanding | | |

**Bank balance shown on this statement** $__________

**Add**
Deposits not credited on this statement $__________

**Total** $__________

**Subtract**
Total outstanding $__________

**Balance** $__________

This balance should agree with your account register balance after deducting any fees (if applicable) and adding any interest (if applicable) shown on this statement.

If your account does not balance, check the following carefully:

- Have you correctly entered the amount of each transaction in your account register?
- Are the amounts of your deposits entered in your account register the same as those on your bank statement?
- Have all transactions been deducted from your account register?
- Have you deducted all bank charges from your account register?
- Have you carried the correct balance forward from one account register to the next?
- Have you checked all additions and subtractions in your account register?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 316-383-1354 or 800-222-7458, or write us at P.O. Box 2121, Wichita, Kansas 67201, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appears.

1. Tell us your name and account number, if any.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.

For errors involving new accounts (within 30 days after the first deposit), point of sale transactions made with an INTRUST ATM Card, INTRUST Visa® Debit Card, INTRUST HSA Visa Debit Card, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation and remove any recredited amount from your account. You may ask for copies of the documents that we used in our investigation.