**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In re: | MARK JASON MCLAREN | ) | Case No. 25-10802 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary) |

**FINAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM DECEMBER 1, 2025 THROUGH JULY 31, 2026**

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Mark Jason McLaren., the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $28752.50 and reimbursement of expenses in the amount of $779.51 for a total amount of $29,532.01 incurred from December 1, 2025 through August 4, 2026, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully represents as follows:

**BACKGROUND**

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on July 31, 2025 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On September 5, 2025, this Court entered an order approving the Application to Employ WM Law as Counsel. (Doc.#29).

3. WM Law's representation of Debtor is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4. As of the filing of this Application, WM Law is holding the remaining pre-petition balance of $2,074.25 in trust and would seek to apply this first to any fees and expenses approved under this motion.

5. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

**SUMMARY OF SERVICES RENDERED**

6. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $28,752.50 and reimbursement of expenses in the amount of $779.51 for a total amount of $7,885 incurred from December 1, 2025 through August 4, 2026 A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of WM Law have expended a total of 88.8 hours in connection with this matter from December 1, 2025 through August 4, 2026, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.** The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from December 1, 2025 through August 4, 2026 in the amount of $28,752.50 in attorney's fees and $779.51 in expenses.

8. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9. No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10. The source of compensation sought is from the income and assets of the bankruptcy estate.

11. The Debtor has filed and served his Third Amended Subchapter V Plan The Debtor is current with Monthly Operating Reports through June 2026.

12. WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from December 1, 2025 through August 4, 2026, in the amount of $28,752.50 and reimbursement of expenses in the amount of $779.51 for a total amount of $29,532.01 incurred from December 1, 2025 through August 4, 2026, attached hereto as Exhibit A, for the Debtor's review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $28,752.50 and reimbursement of expenses in the amount of $779.51 for a total amount of $29,532.01 incurred from December 1, 2025 through August 4, 2026 and authorization to apply first the funds held in trust, in accordance with Title 11 of the United States Code.

Dated: August 4, 2026.

Respectfully submitted,
WM Law

/s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR TROY B. FUQUA, DEBTOR.

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay