Label Matrix for local noticing
1083-6
Case 25-10802
District of Kansas
Wichita
Fri Aug 1 11:39:06 CDT 2025

American Express
PO Box 981537
El Paso TX 79998-1537

American Honda Finance
PO Box 168128
Irving TX 75016-8128

Attorney Karl R. Swartz
Morris Laing Law Firm
300 N Mead, Ste. 200
Wichita KS 67202-2745

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Bankers Healthcare Group, LLC
c/o Paracorp Incorporated
Registered Agent
13910 S. Brougham Drive
Olathe KS 66062-2073

Best Buy/CBNA
5800 S Corporate Place
Sioux Falls SD 57108-5027

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Chase
PO Box 15298
Wilmington DE 19850-5298

Christy Lynzette McLaren
2747 N Bracken Ct.
Wichita KS 67226-4030

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Commerce Bank
PO Box 410857
Kansas City MO 64141-0857

Diamond Storage
10502 E. 26th Cir N
Wichita KS 67226-4612

Emprise Bank
257 N. Broadway
Wichita KS 67202-2315

Emprise Bank
257 N. Broadway St.
Attn: Officer
Wichita KS 67202-2315

Emprise Bank
PO Box 2970
Wichita KS 67201-2970

FC Marketplace, LLC
707 17th Street, Suite 2200
Denver CO 80202-3404

Forward Financing LLC
53 State St., 20th Floor
Boston MA 02109-2820

High Caliber Landscape, LLC
PO Box 53
Wichita KS 67201-0053

Honda Financial Services
PO Box 168128
Irving TX 75016-8128

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMCB - Card Services
PO Box 15369
Wilmington DE 19850-5369

Joseph G. Baba, D.D.S., PA
4620 E Douglas Ave
Ste. 102
Wichita KS 67208-3957

Joseph G. Baba, D.D.S., PA
c/o Joseph G. Baba, DDS
registered agent
1035 N Emporia
Wichita KS 67214-2944

Joseph G. Baba, DDS
12206 W Ridgepoint St.
Wichita KS 67235-9742

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Kansas Payment Center
Post Office Box 758599
Topeka KS 66675-8599

Kapitus LLC
2500 Wilson Blvd, Ste. 350
Arlington VA 22201-3873

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Mohela/Earnest
633 Spirit Drive
Chesterfield MO 63005-1243

Noah McFerran
2747 N Bracken Ct.
Wichita KS 67226-4030

Robyn Kirkpatrick
6302 Beachy Ave
Wichita KS 67208-2623

Sofi Bank
PO Box 654081
Ste. 300
Dallas TX 75265-4081

TIAA FSB
PO Box 1283
Charlotte NC 28201-1283

TIAA, FSB
10 Waterview Blvd.
Parsippany NJ 07054-1286

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Upstart
PO Box 1503
San Carlos CA 94070-7503

Mark Jason McLaren
2747 N Bracken Ct.
Wichita, KS 67226-4030

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankers Healthcare Group, LLC
10234 W. State Rd. 84
Fort Lauderdale FL 33324

(d)Bankers Healthcare Group, LLC
201 Solar St.
Syracuse NY 13204

Honda Financial Services
PO Box 60001
City of Industry CA 91716

(d)Honda Financial Services
PO Box168008
Irving TX 75016

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

Upgrade Inc
2 North Central Ave
10th Floor
Phoenix AZ 85004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Emprise Bank

(u)Joseph G Baba, DDS PA

End of Label Matrix
Mailable recipients 41
Bypassed recipients 2
Total 43