| | | |
|---|---|---|
| Name and Address | Mark McLaren<br>2747 N Bracken Ct<br>Wichita, KS 67226 | **341 Info:**<br><br>**PFM filed?** N/a business case |
| Cell Phone | 316-821-5257 | |
| Email Address | drmarkmclaren@gmail.com | |
| Case Number | 25-10802 | |
| Date Filed | 7/31/2025 | |
| Judge/Trustee | Herren/US Trustee | |
| Attorney/Location/Chapter | RAB/Olathe/K11 | |
| REQUESTED DOCUMENTS | TAXES<br>IDs<br>IDI Documents | |
| **Notices need to be *sent to*:**<br><br>Creditor name:<br>Account Number:<br>Fax Number:<br>Links to supporting docs: | **Plan Summary – due 90 days from filing**<br><br>**Initial confirmation date:** | **Links to Plans:**<br><br>**PENDING ISSUES:** |

| Date | Who | Issue | Notes: | Hourly Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 12/1/2025 | RAB | Fee application | Prepare fee application | $350 | 1.0 | $350 |
| 12/1/2025 | RT | Fee application | Filed fee application and exhibits | $175 | .5 | $87.50 |
| 12/2/2025 | RAB | Corporate chapter 11 | Review US Trustee objection to confirmation | $350 | .5 | $175 |
| 12/8/2025 | RAB | Corporate chapter 11 | Reviewed certificate of ballots for subchapter v case | $350 | .4 | $140 |
| 12/10/2025 | RAB | e-mails to January Bailey | e-mails regarding confirmation status of corporate Chapter 11 plan | $350 | .5 | $175 |
| 12/11/2025 | RAB | Call to Dr. McLaren regarding Chapter 11 plan confirmation for the business | Discussion of terms of agreement to get corporate plan confirmed | $350 | .5 | $175 |
| 12/11/2025 | RAB | Work on November 2025 MOR | Prepared MOR and redacted bank statement | $350 | 1.0 | $350 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/2025 | RT | MOR | Filed November MOR and attachments | $175 | .5 | $87.50 |
| 12/14/2025 | RAB | Emprise | e-mails with counsel for Emprise regarding client's intentions and negative escrows | $350 | 1 | $350 |
| 12/16/2025 | RAB | Call with Mark regarding adequate protection payments | Discussion of proposals to home and for car leases | $350 | .5 | $175 |
| 12/17/2025 | RAB | Corporate Chapter 11 | Reviewed order confirming plan | $350 | .5 | $175 |
| 12/18/2025 | RAB | Chapter 11 plan | Began formatting Chapter 11 plan and disclosure statement | 1.0 | $350 | $350 |
| 12/19/2025 | RAB | Call with Dr. McLaren | Discussion on Chapter 11 plan and projections | 1.0 | $350 | $350 |
| 12/19/2025 | RAB | e-mails with US Trustee regarding opening savings account | e-mails with Richard Kear regarding same at same institution as DIP account | .5 | $350 | $175 |
| 12/24/2025 | RAB | MFRS – Honda | Reviewed and approved orders resolving MFRS | .5 | $350 | $175 |
| | | | All above transferred to billing. This is part of the 2nd round of Attorney Fees that are not approved by court. All after 11/30/25 needs court approval | | | 0 |
| 1/5/2026 | RAB | Bank statements | Reviewed December bank statements e-mailed for December MOR | .5 | $350 | $175 |
| 1/5/2026 | RAB | e-mails with client regarding questions on plan | Set up time to collaborate further on Chapter 11 plan and identify questions on adequate protection for home | 1.0 | $350 | $350 |
| 1/9/2026 | RAB | December monthly operating report | Prepared and sent to client for signature and approval after review of bank statements | 1.0 | $350 | $350 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/9/2026 | RA B | Calls with Dr. McLaren regarding plan | Fleshed out plan and budget. | 2.0 | $350 | $700 |
| 1/15/2026 | RA B | Disclosure statement | Drafted disclosure statement | 2 | $350 | $700 |
| 1/16/2026 | RA B | Plan and disclosure statement | Updated both and e-mailed to client for review and comparison with cash flow projections | 1.5 | $350 | $525 |
| 1/19/2026 | RA B | Plan and disclosure statement | Reviewed client e-mail with updated budget (.5) Incorporated proposed budgetary changes. Made what should be final edits to Plan to run through with client (1.0) | 1.5 | $350 | $525 |
| 1/19/2026 | RA B | Call with client | Discussion of updated plan. Made one revision to plan during discussion | .4 | $350 | $140 |
| 1/19/2026 | RA B | Emprise | Negotiations with Emprise regarding adequate protection | 2.5 | $350 | $875 |
| 1/21/2026 | RA B | Plan & Disclosure Statement | Final formatting and exhibit review for both | 1.5 | $350 | $525 |
| 1/21/2026 | RT | Plan & Disclosure Statement | Formatting and filing of both documents | 2.0 | $175 | $350 |
| 1/21/2026 | RA B | e-mails with opposing counsel | Discussions with Karl Swartz re Emprise Bank and adequate protection payments | .5 | $350 | $175 |
| 1/22/2026 | RA B | Adequate Protection – Emprise | Reviewed proposed amended motion for relief from stay/adequate protection and proposed order. Responded to opposing counsel approving filing and seeking further information on payment instructions | 1.0 | $350 | $350 |
| | | | Above transferred | | | 0 |
| 2/3/2026 | RA B | US Trustee objection to disclosure statement | Reviewed to discuss with US Trustee | .8 | $350 | $280 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/12/2026 | RA B | Call with client | Discussed updates regarding interplay between claims paid in corporate case and individual case and additional changes to plan. | .6 | $350 | $210 |
| 2/13/2026 | RA B | e-mails with Karl Swartz at Emprise | Forwarded proof of homeowner's insurance payments and declaration page for policy for Emprise to review and adjust escrow as appropriate | .5 | $350 | $175 |
| 2/13/2026 | RA B | Plan updates | Updated Chapter 11 plan to make all changes except updates to projected recovery of unsecured creditors based on interplay of corporate payments | .5 | $350 | $175 |
| 2/17/2026 | RA B | Plan and disclosure statement | Discussions with client on impact of Chapter 11 for Joseph Baba DDS payments on unsecured creditors. Made revisions and sent client updated versions of plan and disclosure statement for review | 1.0 | $350 | $350 |
| 2/19/2026 | RA B | e-mails with opposing counsel | Discussion of homeowner's insurance policy and impact on Emprise mortgage payment | .5 | $350 | $175 |
| 2/19/2026 | RA B | Call with client | Discussion of amended Chapter 11 plan and disclosure statement | .8 | $350 | $280 |
| 2/21/2026 | RA B | Chapter 11 plan/disclosure statement | Finalized amended disclosure statement (with plan as exhibit) for filing | .5 | $350 | $175 |
| 2/21/2026 | RT | Chapter 11 disclosure statement | Filed amended disclosure statement | .5 | $175 | $87.50 |
| 2/24/2026 | RA B | Motion for adequate protection | Reviewed motion for agreed order drafted by opposing counsel and approved for filing | .5 | $350 | $175 |
| | | | Above transferred to billing | | | 0 |
| 3/3/2026 | RA B | January monthly operating report | Prepare MOR with January bank statements | 1.0 | $350 | $350 |
| 3/5/2026 | RA B | MORs | e-mails with clients regarding deposits and transactions for January and February MORs | .5 | $350 | $175 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/13/2026 | RT | January MOR | Filed with court | .5 | $175 | $87.50 |
| 3/19/2026 | RAB | February MOR | Prepared MOR with February bank statements. | 1.0 | $350 | $350 |
| 3/19/2026 | RT | February MOR | Filed February MOR with court | .5 | $175 | $87.50 |
| 3/19/2026 | RAB | Disclosure statement hearing | Noted new date and time for hearing, e-mailed client regarding same | .5 | $350 | $175 |
| | | | All above transferred to billing | | | 0 |
| 4/1/2026 | RAB | Disclosure statement – objection deadline approaching | e-mailed US Trustee regarding procedures with objection deadline approaching, no objections received, UST not objecting | .4 | $350 | $140 |
| 4/3/2026 | BS | Order approving amended disclosure statement | Filed the order approving the amended disclosure statement (approved by RAB). Saved POF. | n/a | n/a | $0 |
| 4/6/2026 | RAB | e-mails with court staff | e-mails arranging for confirmation hearing on pending amended plan to be filed | .7 | $350 | $245 |
| 4/6/2026 | RAB | e-mails with US Trustee | Discussed request for ballots before service and date of pending confirmation hearing | .4 | $350 | $140 |
| 4/6/2026 | RAB | Hearing on disclosure statement – e-mails with client | Confirming hearing cancelled due to pending amended lan being filed | .5 | $350 | $175 |
| 4/9/2026 | RAB | Call with client | Discussion of final changes to amended plan, Honda lease issue | .5 | $350 | $175 |
| 4/10/2026 | RAB | March MOR | Prepared with February/march bank statements and sent to client for review and filing | 1.0 | $350 | $350 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/15/2026 | RAB | Revised budget | e-mails with client regarding revised budget | 1.0 | $350 | $350 |
| 4/20/2026 | RAB | Revised budget – next draft | Reviewed and formatted budget revised again | 1.0 | $350 | $350 |
| 4/24/2026 | RAB | e-mails with chambers | Discussion of timing to file amended plan to maintain scheduled confirmation hearing | .5 | $350 | $175 |
| 4/24/2026 | RAB | Revised plan | Review of final draft of revised plan prior to filing | 1.0 | $350 | $350 |
| 4/24/2026 | RT | Amended plan | Filed amended plan | .5 | $175 | $87.50 |
| 4/27/2026 | RAB | e-mail from US Trustee | Discussion regarding use of language in ballot to comply with In re Ruti-Sweetwater | .4 | $350 | $140 |
| 4/30/2026 | RAB | e-mails with client re amended plan | Client e-mails re plan | 1.0 | $350 | $350 |
| 4/30/2026 | RT | Filed second amended plan | Filed second amended Chapter 11 plan | 1.0 | $175 | $175 |
| 4/30/2026 | RAB | e-mails with US Trustee | Discussions regarding amended plan and projections with changes | .5 | $350 | $175 |
| 4/30/2026 | RT | FEES | Certificate of service of Chapter 11 amended plan | ---- | ---- | |
| 5/4/2026 | RAB | e-mails with US Trustee | Discussions regarding ballots submitted | .4 | $350 | $140 |
| 5/5/2026 | RAB | e-mails with client | Discussions about version of budget used in amended plan | .5 | $350 | $175 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/6/2026 | RT | Amended plan projections | Filed amended projections as support document for amended plan | .5 | $175 | $87.50 |
| 5/18/2026 | RAB | e-mails with US Trustee and client regarding insurance policy updates | Received updated insurance information from client and sent to US Trustee | 1.0 | $350 | $350 |
| 5/20/2026 | RAB | Ballot | Received American Express ballot in support of plan confirmation and responded | .5 | $350 | $175 |
| 5/22/2026 | RAB | e-mails with Karen Mitchell, Becket & Lee re FC Marketplace | Received FC Marketplace ballot opposing plan, e-mailed to see if FC wanted to discuss plan amendments to change vote | 1.0 | $350 | $350 |
| 5/22/2026 | RAB | Kapitus | e-mails with counsel for Kapitus discussing ballot opposing plan and proposals to resolve | 1.5 | $350 | $525 |
| 5/22/2026 | RAB | e-mails with client | Discussion of status of plan votes | .5 | $350 | $175 |
| 5/27/2026 | RAB | e-mails with attorney Karl Swartz | Discussion of plan votes. We already have vote from class 1 but we need class 3 vote | .5 | $350 | $175 |
| 5/28/2026 | RAB | e-mails with US Trustee | Discussion of DSO obligations and voting status of DSO creditor | .4 | $350 | $140 |
| 5/28/2026 | RAB | Bank statements | Received bank statements | .2 | $350 | $70 |
| 5/28/2026 | BS | Call | Morriis Laing Law called asking for RT because they misplaced their ballot (due today) and were hoping RT could send them a new one. She emailed this morning too. I messaged RT to let her know<br>Checked with RT and we already have class 1 and 3 ballots for Emprise Bank. | n/a | n/a | $0 |
| 5/28/2026 | RAB | Discussions with US Trustee | e-mails with US Trustee regarding chapter 11 plan confirmation and cramdown provisions of 1129 | 1.0 | $350 | $350 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/29/2026 | RAB | Ballot summary | Drafted ballot summary from ballots received | .5 | $350 | $175 |
| 5/29/2026 | RAB | e-mails with chambers | Updates on intent to present plan for confirmation as cramdown | .5 | $350 | $175 |
| 5/29/2026 | RT | Ballot summary | Filed ballot summary | .5 | $175 | $87.50 |
| | | | All above transferred to billing | | | 0 |
| 6/3/2026 | RAB | Monthly operating report for April | Drafted April monthly operating report from bank statements | 1.0 | $350 | $350 |
| 6/3/2026 | RT | April MOR | Filed April MOR | .5 | $175 | $87.50 |
| 6/4/2026 | RAB | Evidentiary hearing on confirmation | Court hearing on confirmation and agreement to brief issue regarding absolute priority rule | 1.0 | $350 | $350 |
| 6/4/2026 | RAB | Travel for confirmation hearing | Travel to and from Wichita | 5.0 | $350 | $1750 |
| 6/4/2026 | RAB | Call with client | Discussion of outcome of confirmation hearing | .5 | $350 | $175 |
| 6/8/2026 | RAB | Call with client | Discussion regarding amended plan | .5 | $350 | $175 |
| 6/11/2026 | RAB | Amended Chapter 11 plan | Work on amended Chapter 11 plan and exhibits | 3.0 | $350 | $1050 |
| 6/11/2026 | RT | POF | Filed Amended Chapter 11 Plan | 1 | $175 | $175 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/11/2026 | RAB | Motion | Drafted motion for order allowing balloting of amended plan | .5 | $350 | $175 |
| 6/12/2026 | RT | POF | Filed Motion for Order Permitting Re-Balloting of Plan | .3 | $175 | $52.50 |
| 6/16/2026 | RAB | Motion and hearing set by court | e-mails with courtroom deputies and US Trustee regarding motion and intent of filing | 1.0 | $350 | $350 |
| 6/24/2026 | RAB | Absolute priority rule | Research and discussions with attorney January Bailey regarding same | 1.5 | $350 | $525 |
| 6/25/2026 | RAB | Hearing with court | Court hearing approving balloting for amended plan. Court to issue order | .5 | $350 | $175 |
| 6/30/2026 | RAB | Ballots | Drafted revised ballots for 3rd amended Plan | .5 | $350 | $175 |
| | | | All above transferred to billing | | | 0 |
| 7/1/2026 | RT | Service | Served 3rd Amended Plan ballots, Order and Notice and 3rd Amended Plan | 3 | $175 | $525 |
| 7/1/2026 | RT | Expense | Certificate of Service Expense for Order and Notice and Amended Plan | 0 | 0 | $763.23 |
| 7/1/2026 | RT | Expense | Postage Expense for Ballots re 3rd Amended Plan | 0 | 0 | $16.28 |
| 7/8/2026 | RAB | e-mails with US Trustee | e-mail with sample ballot for US Trustee review | .4 | $350 | $140 |
| 7/9/2026 | RAB | e-mails with Morris Laing | Requested and received ballots in support of plan for secured and unsecured classes | .8 | $350 | $280 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/2026 | RA B | Ballot solicitations | Updated ballot and plan notices to student loan creditor, Upstart and others | 1.0 | $350 | $350 |
| 7/28/2026 | RA B | Saved ballots | Ballots in favor of and rejecting plan, sorted | .5 | $350 | $175 |
| 7/31/2026 | RA B | FC Marketplace | Review of ballot opposing and negotiations with respect to ballot position | 1.0 | $350 | $350 |
| 8/3/2026 | RT | Ballots | I called Class 3 creditors that have not voted. The only one I was able to get a hold of was Resurgent who gave me another email to send the ballots. | 1 | $175 | $175 |
| 8/3/2026 | RA B | Call with client | Discussed options regarding plan if no further ballots received | .5 | $350 | $175 |
| 8/3/2026 | RA B | Ballot solicitations | Ballot solicitations to unsecured creditors | 3.0 | $350 | $1050 |
| 8/4/2026 | RA B | Prepared May and June Monthly Operating Reports | Prepared reports for client signature | 1.5 | $350 | $525 |
| 8/4/2026 | RT | MORs | Filed May and June MORs | .5 | $175 | $87.50 |
| 8/4/2026 | RA B | Ballot summary | Prepared ballot summary | .5 | $350 | $175 |
| 8/4/2026 | RA B | Call to US Trustee | Call to US Trustee regarding ballot issues | .4 | $350 | $140 |
| 8/4/2026 | RA B | e-mail to court | e-mail with summary of ballots and request for status conference | .5 | $350 | $175 |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|