# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Debtor has appeared at his Section 341 Meeting of Creditors, which has been concluded. He has received approval of his Disclosure Statement and has filed his 3rd Amended Chapter 11 Plan of Reorganization.

The Debtor is current on monthly operating reports through June 2026.