# EXHIBIT C - Summary Sheet: Attorney/Paralegal Time

Note: Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 17 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases. He has spent 75.5 hours of time, from December 1, 2025 through August 5, 2026, working on every aspect of the case from start to the present.

Rosana Tovalin, Paralegal.

Ms. Tovalin has over 6 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm. She spent 13.3 hours of billable time from December 1, 2025 through August 5, 2026.